## SCHEDULE 1.1(a)

## LEGAL DESCRIPTION OF LOT LAND

That portion of the following real property designated by Buyer as the "Lot Land":

[See attached]

**EXHIBIT "A"**

**TRACT A:**

**Parcel One:**

All that tract or parcel of land lying and being in Land Lot 6 of the First (1st) District of Rabun County, Georgia, containing 6.16 acres, more or less, and being Lot 40 as shown on plat of subdivision known as "Chinkapin At Burton", and "Burton Mountain" recorded in Plat Book 26, Page 52, Rabun County, Georgia records.

**Parcel Two:** **LOT 43A - BURTON MOUNTAIN**

Being part of the property lying in Land Lot 6 of the First (1st) District of Rabun County, Georgia, and being part of Lot 43 as shown on a plat of subdivision entitled "Burton Mountain", prepared by Lamar Edwards & Associates, Inc. dated November 15, 1988, and being more particularly described as follows:

To find the True Point of Beginning, commence at the common corner of Land Lots 5, 6, 15 and 16 of the aforesaid District; thence, leaving said point and running with the North line of said Land Lot 6, North 85° 32' 36" West, 2681.46 Feet; thence, leaving the said line of Land Lot 6 and running with the Easterly line of the aforesaid Burton Mountain Subdivision, South 14° 18' 02" West, 823.10 feet to The True Point of Beginning of the below described property, said point also being the Northeasterly most corner of aforesaid Lot 43, thence, leaving the said True Point of Beginning and continuing with the said line of Lot 43

1.   South 14° 18' 02" West, 476.90 feet; thence, leaving the said line of Lot 43 and running
2.   North 52° 08' 32" West, 186.34 feet; thence,
3.   North 41° 41' 54" East, 209.88 feet; thence,
4.   North 36° 36' 33" East, 100.00 feet; thence,
5.   North 06° 43' 35" East, 100.00 feet; thence,
6.   North 77° 59' 56" East, 55.17 Feet to the point of beginning, containing 39,157 square feet or 0.8989 of an acre of land, more or less.

**PAGE 1 OF 22**

**PARCEL 3:**

All that tract or parcel of land lying and being in Land Lot 6 of the First District of Rabun County, Georgia, being 289.41 acres according to plat of survey for William B. Johnson prepared by William F. Rolader, Georgia Registered Professional Land Survey or No. 2042, dated September 10, 1990, as revised September 22, 1992, which said plat of survey is incorporated herein by this reference and made a part of this description, and being more particularly described as follows:

Beginning at the common corner of Land Lots 6, 5, 16 and 15 of the First District of Rabun County, Georgia; thence running south 03 degs. 26' west, along the line dividing Land Lots 6 and 5, 4,438.29 feet to a point at the line dividing the First and Fifth Districts; thence running north 87 degs. 14' west, along the line dividing the First and Fifth Districts, 1,042.55 feet to a point on the northerly right of way line of U.S. Highway 76; thence running north 85 degs. 38' west, along the northerly line of U.S. Highway 76 186.95 feet, on the arc of a curve to the left having a radius of 175 feet, and an arc length of 197.22 feet to a point; thence running south 61 degs. 17' west, along the northerly right of way line of U.S. Highway 76, 10 feet to a point on the line dividing the First and Fifth Districts; thence running north 87 degs. 14' west, along the line dividing the First and Fifth Districts, 659.35 feet to a point on the northerly right of way of U.S. Highway 76; thence continuing along the right of way line of U.S. Highway 76 the following courses and distances: north 76 degs. 17' west, 203.41 feet to a point; thence north 13 degs. 41' east, 19.96 feet to a point; thence north 42 degs. 21' west, 527.98 feet, on the arc of a curve to the left having a radius of 472.96 feet, and an arc length of 560.12 feet to a point; thence north 12 degs. 16' east, 81.55 feet to a point; thence running north 11 degs. 57' west, 194.49 feet, on the arc of a curve to the left having a radius of 265.07 feet, and an arc length of 199.14 feet to a point; thence running north 01 degs. 16' west, 18.07 feet to a point; thence running north 04 degs. 19' west, 96.26 feet, on the arc of a curve having a radius of 1,292.85 feet, and an arc length of 96.27 feet to a point; thence running north 12 degs. 26' west, 269.07 feet, on the arc of a curve to the left having a radius of 1,292.85 feet, and an arc length of 269.56 feet to a point; thence running south 74 degs. 28' west, 33.92 feet to a point; thence running north 17 degs. 41' west, 226.94 feet on the arc of a curve to the left having a radius of 1,243.21 feet, and an arc length of 227.26 feet to a point; thence running north 27 degrees, 34 minute west, 78.32 feet to a pont; thence running north 34 degs. 0' west, 166.60 feet on the arc of a curve to the left a radius of 394.28 feet, and an arc length of 167.86 feet to a pont; thence running north 61 degs. 37' west, 415.56 feet to a point on the easterly line of property conveyed by Ida Sheffield Deal to Parker, Griffin & Martin Land, Inc. under deed recorded in Deed Book H-11, Page 507, of the Rabun County, Georgia Deed Records; thence running north 14 degs. 18' east, 2,920.83 feet to a point on the line dividing Land Lots 6 and 15; thence running south 85 degs. 33' east, along the line dividing Land Lots 15 and 6, a distance of 2,681.44 feet to the Point of Beginning.

**PARCEL 4:**

All that tract or parcel of land lying and being in Land Lot 6 of the 1st Land District and Land Lot 91 of the 5th Land District, Rabun County, Georgia, being more particularly described as follows:  Beginning at a concrete right of way monument marking the intersection of the right of way line of old U.S. Highway No. 76 and the new right of way line; thence along the proposed new right of way line of U.S. Highway No. 76, North 76 degs. 43'13" West, a distance of 435.41 feet to a concrete right of way monument at the intersection of the right of way line of Old U.S. Hwy. 76 and the new right of way line; thence following the old right of way line of U.S. Hwy. No. 76 the following courses: North 61 degs. 17' 00" East a distance of 184.19 feet to an iron pin; thence North 61 degs.17'00" East a distance of 10.00 feet to a point; thence around an arc which has a radius of 175.00 feet in a clockwise direction 365.81 feet to a point; thence south 07 degs. 16'00" west, a distance of 35.00 feet to the point of beginning.  Said parcel contains 1.19 acres.

**PARCEL 5:**

All that tract or parcel of land situate, lying and being in Land Lot 90 of the 5th Land District of Rabun County, Georgia, and being more particularly described as follows: Beginning on the dividing line common to Land Lot 6, 1st Land District and Land Lot 90, 5th Land District, Rabun County, Georgia at a point 1042.55 feet as measured North 87 degs. 14'17" West along said dividing line from a 10 inch chestnut oak tree found at the land lot corner common to Land Lots 5 and 6, 1st Land District and Land Lots 90 and 91, 5th Land District, Rabun County, Georgia: thence from said Point of Beginning South 06 degs. 39'22" West 8.26 feet to a point; thence South 20 degs. 29'58" West 56.13 feet to a point; thence South 20 degs. 55'01" West 24.01 feet to the Northeast right-of-way line of U.S. Highway No. 76; thence North 22 degs. 20' 25" West along said Northeast right-of-way line 29.19 feet to a point; thence North 20 degs. 55' 01" East 2.68 feet to a point; thence North 20 degs. 29'58" East 53.62 feet to a point; thence North 06 degs. 39'22" East 4.46 feet to the dividing line common to Land Lot 6, 1st Land District and Land Lot 90, 5th Land District, Rabun County, Georgia; thence South 87 degs. 14'17" East 20.05 feet to the Point of Beginning, said tract containing 0.03 acres, more or less.

The above described tract of land is a portion of that larger tract of land more particularly described in a Warranty Deed dated September 1917 from J. E. Harvey to Georgia Railway & Power Company, recorded in Deed Book A-2, Page 39, and on file in the Office of the Clerk of Superior Court, Rabun County, Georgia, and shown on a plat, prepared by William F. Rolader, Registered Land Surveyor No. 2042, entitled Survey for William B. Johnson dated September 24, 1992, revised October 13, 1992, Drawing No. 90-204, and on file in the Offices of Georgia Power Company, Land Department.

**PARCEL 6:**

ALL THAT TRACT OR PARCEL OF LAND lying and being in Land Lot 91, 5th District, Rabun County, Georgia, and being more particularly described as follows:

TO FIND THE POINT OF BEGINNING, commence at a 10" chestnut oak located at the intersection of the corner common to Land Lots 5 and 6, 1st District, Rabun County, Georgia, along the district lines common to the 1st and 5th Districts, Rabun County, Georgia; run thence along said common district line North 87 degrees 14 minutes 17 seconds West a distance of 1,042.55 feet to a point; thence leaving said common district line and run along the arc of a curve to the left (said arc being subtended by a chord bearing North 85 degrees 38 minutes 15 seconds West having a chord distance of 186.95 feet) an arc distance of 197.22 feet to a point; run thence North 61 degrees 17 minutes 00 seconds East a distance of 10.00 feet to a point located on the common district line of the 1st and 5th District, said county, said point marking the POINT OF BEGINNING; FROM SAID POINT OF BEGINNING AS THUS ESTABLISHED, run thence South 61 degrees 17 minutes 00 seconds West a distance of 185.23 feet to a point; run thence North 76 degrees 18 minutes 24 seconds West a distance of 170.00 feet to a point; run thence along the arc of a curve to the left (said arc being subtended by a chord bearing North 76 degrees 23 minutes 08 seconds West having a chord distance of 152.95 feet and a radius of 103.24 feet) an arc distance of 172.21 feet to a point; run thence North 76 degrees 16 minutes 33 seconds West a distance of 187.70 feet to a point located along the district line common to the 1st District and 5th District, Rabun County, Georgia; run thence along said common district line South 87 degrees 14 minutes 17 seconds East a distance of 659.35 feet to a point, said point marking the POINT OF BEGINNING; being designated as Tract 2, containing 0.65 acres, more or less, as shown on that certain survey for William B. Johnson, certified by William F. Rolader, Georgia Registered Land Surveyor No. 2042, dated September 24, 1992.

**PARCEL 7:**

ALL THAT TRACT OR PARCEL OF LAND lying and being in Land Lot 91, 5th District, Rabun County, Georgia, and being more particularly described as follows:

BEGINNING at a 10" chestnut oak located at the intersection of the corner common to Land Lots 5 and 6, 1st District, Rabun County, Georgia, along the district lines common to the 1st District and 5th District, Rabun County, Georgia; thence leaving said POINT OF BEGINNING and run South 03 degrees 26 minutes 00 seconds West a distance of 67.51 feet to a point; run thence along the arc of a curve to the left (said arc being subtended by a chord bearing North 86 degrees 10 minutes 21 seconds West having a chord distance of 74.67 feet and a radius of 536.66 feet) an arc distance of 74.73 feet to a point; run thence North 00 degrees 09 minutes 34 seconds West a distance of 23.87 feet to a point; run thence along the arc of a curve to the left (said arc being subtended by a chord bearing South 84 degrees 09 minutes 14 seconds West having a chord distance of 111.09 feet and a radius of 560.53 feet) an arc distance of 111.28 feet to a point; run thence South 78 degrees 39 minutes 57 seconds West a distance of 341.02 feet to a point; run thence South 13 degrees

**PAGE 4 OF 22**

39 minutes 33 seconds East a distance of 20.24 feet to a point; run thence along the arc of a curve to the right (said arc being subtended by a chord bearing North 89 degrees 30 minutes 03 seconds West having a chord distance of 456.69 feet and a radius of 1,084.00) an arc distance of 460.14 feet to a point; run thence North 07 degrees 16 minutes 28 seconds East a distance of 35.00 feet to a point; run thence along the arc of a curve to the left (said arc being subtended by a chord bearing North 25 degrees 25 minutes 18 seconds West having a chord distance of 163.94 feet and a radius of 175.00 feet) an arc distance of 170.62 feet to a point located along the district line common to the 1st District and 5th District, Rabun County, Georgia; run thence along said common district line South 87 degrees 14 minutes 17 seconds East a distance of 1,042.55 feet to a 10" chestnut oak located along the line common to Land Lots 5 and 6, said 1st District, Rabun County, Georgia, said chestnut marking the POINT OF BEGINNING; being designated as Tract 3, containing 3.00 acres, more or less, and being more particularly described on that certain survey for William B. Johnson, certified by William F. Rolader, Georgia Registered Land Surveyor No. 2042, dated September 24, 1992.

## LESS AND EXCEPT FROM PARCEL 7:

ALL THAT TRACT OR PARCEL OF LAND situate, lying and being in Land Lot 91 of the 5th Land District of Rabun County, Georgia, and being more particularly described as follows:  BEGINNING on the dividing line common to Land Lot 6, 1st Land District, and Land Lot 91, 5th Land District, Rabun County, Georgia, at a point 1042.55 feet as measured North 87 degrees 14 minutes 17 seconds West along said dividing line from a 10 inch chestnut oak tree found at the land lot corner common to Land Lots 5 and 6, 1st Land District, and Land Lot 91, 5th Land District, Rabun County, Georgia; thence from said POINT OF BEGINNING South 06 degrees 39 minutes 22 seconds West 8.25 feet to a point; thence South 20 degrees 29 minutes 58 seconds West 56.13 feet to a point; thence South 20 degrees 55 minutes 01 second West 24.01 feet to the Northeast right-of-way line of U.S. Highway No. 76; thence North 22 degrees 20 minutes 25 seconds West along said Northeast right-of-way line 29.19 feet to a point; thence North 20 degrees 55 minutes 01 second East 2.68 feet to a point; thence North 20 degrees 29 minutes 58 seconds East 53.62 feet to a point; thence North 06 degrees 39 minutes 22 seconds East 4.46 feet to the dividing line common to Land Lot 6; 1st Land District, and Land Lot 91, 5th Land District, Rabun County, Georgia; thence South 87 degrees 14 minutes 17 seconds East 20.05 feet to the POINT OF BEGINNING, said tract containing 0.03 acres, more or less, as all shown on a plat, prepared by William F. Rolader, Registered Land Surveyor No. 2042, entitled Survey for William B. Johnson dated September 24, 1992, revised October 13, 1992, Drawing No. 90-20.

**PARCEL 8:**

ALL THAT TRACT OR PARCEL OF LAND lying and being in Land Lot 15, 1st District, Rabun County, Georgia, and being more particularly described as follows:

TO FIND THE POINT OF BEGINNING, commence at an iron pin found at the corners common to Land Lots 5, 6, 15 and 16, said district and county; run thence along the land lot line common to Land Lots 6 and 15 North 89 degrees 52 minutes 26 seconds West a distance of 670.08 feet to an iron pin set, said iron pin set marking the POINT OF BEGINNING; FROM SAID POINT OF BEGINNING AS THUS ESTABLISHED, thence continue along said common land lot line the following courses and distances: North 89 degrees 52 minutes 26 seconds West a distance of 2,011.58 feet to an iron pin found; North 89 degrees 53 minutes 17 seconds West a distance of 1,218.64 feet to an aluminum monument U.S.A. Cor. No. 160; thence leaving said common land lot line and run North 19 degrees 29 minutes 57 seconds East a distance of 212.31 feet to a point; run thence North 22 degrees 14 minutes 23 seconds East a distance of 150.98 feet to a point; thence North 31 degrees 27 minutes 59 seconds East a distance of 241.96 feet to a point; run thence North 19 degrees 13 minutes 11 seconds East a distance of 229.43 feet to a point; run thence North 02 degrees 49 minutes 46 seconds West a distance of 173.49 feet to an iron pin set, said iron pin set being located South 02 degrees 49 minutes 25 seconds East a distance of 87.01 feet from U.S.A. Cor. No. 159 and 65 feet from the centerline of Vickers Road; running thence in a line running parallel to and following the contours of Vickers Road the following courses and distances: South 76 degrees 44 minutes 53 seconds East a distance of 35.60 feet to a point; North 83 degrees 57 minutes 58 seconds East a distance of 55.39 feet to a point; North 73 degrees 53 minutes 48 seconds East a distance of 52.80 feet to a point; North 89 degrees 44 minutes 39 seconds East a distance of 14.92 feet to a point; South 71 degrees 40 minutes 41 seconds East a distance of 40.09 feet to a point; South 36 degrees 20 minutes 33 seconds East a distance of 17.87 feet to a point; South 18 degrees 50 minutes 40 seconds East a distance of 165.46 feet to a point; South 05 degrees 29 minutes 32 seconds West a distance of 57.16 feet to a point; South 05 degrees 00 minutes 23 seconds East a distance of 49.36 feet to a point; South 30 degrees 04 minutes 59 seconds East a distance of 50.54 feet to a point; South 35 degrees 53 minutes 41 seconds East a distance of 172.39 feet to a point; South 50 degrees 20 minutes 14 seconds East a distance of 53.24 feet to a point; South 81 degrees 40 minutes 58 seconds East a distance of 61.85 feet to a point; North 51 degrees 22 minutes 14 seconds East a distance of 62.81 feet to a point; North 30 degrees 44 minutes 21 seconds East a distance of 72.57 feet to a point; North 75 degrees 31 minutes 14 seconds East a distance of 83.41 feet to a point; North 69 degrees 19 minutes 03 seconds East a distance of 35.20 feet to a point; North 61 degrees 58 minutes 33 seconds East a distance of 76.44 feet to a point; North 55 degrees 00 minutes 50 seconds East a distance of 70.23 feet to a point; North 63 degrees 50 minutes 50 seconds East a distance of 38.25 feet to a point; North 75 degrees 56 minutes 44 seconds East a distance of 27.52 feet to a point; North 82 degrees 40 minutes 04 seconds East a distance of 25.28 feet to a point; South 88 degrees 24 minutes 03 seconds East a distance of 31.17 feet to a point; South 81 degrees 50 minutes 51 seconds East a distance of 68.48 feet to a point; South 72 degrees 23 minutes 17 seconds

East a distance of 106.37 feet to a point; South 74 degrees 12 minutes 59 seconds East a distance of 90.59 feet to a point; South 66 degrees 53 minutes 26 seconds East a distance of 31.24 feet to a point; South 52 degrees 11 minutes 25 seconds East a distance of 40.54 feet to a point; South 36 degrees 37 minutes 11 seconds East a distance of 69.33 feet to a point; South 09 degrees 21 minutes 16 seconds East a distance of 48.93 feet to a point; South 04 degrees 40 minutes 58 seconds East a distance of 82.80 feet to a point; South 15 degrees 07 minutes 34 seconds East a distance of 81.89 feet to a point; South 53 degrees 25 minutes 04 seconds East a distance of 81.54 feet to a point; North 72 degrees 47 minutes 53 seconds East a distance of 88.61 feet to a point; North 43 degrees 08 minutes 23 seconds East a distance of 59.42 feet to a point; North 45 degrees 19 minutes 35 seconds East a distance of 42.44 feet to a point; North 62 degrees 06 minutes 39 seconds East a distance of 55.56 feet to an iron pin set; thence leaving the parallel line along Vickers Road and running along the 1878 contour the following courses and distances: South 17 degrees 17 minutes 42 seconds East a distance of 98.51 feet to an iron pin set; North 51 degrees 26 minutes 25 seconds East a distance of 150.28 feet to an iron pin set; North 77 degrees 43 minutes 18 seconds East a distance of 84.39 feet to an iron pin set; North 16 degrees 08 minutes 43 seconds East a distance of 76.03 feet to an iron pin set; North 75 degrees 11 minutes 29 seconds East a distance of 110.74 feet to an iron pin set; thence continuing again to run parallel with and following the curvature of Vickers Road the following courses and distances:  South 31 degrees 39 minutes 17 seconds East a distance of 60.60 feet to a point; South 36 degrees 32 minutes 00 seconds East a distance of 68.22 feet to a point; South 39 degrees 56 minutes 19 seconds East a distance of 43.21 feet to a point; South 37 degrees 57 minutes 12 seconds East a distance of 49.28 feet to a point; South 46 degrees 29 minutes 36 seconds East a distance of 39.60 feet to a point; South 57 degrees 12 minutes 25 seconds East a distance of 282.81 feet to a point; South 80 degrees 02 minutes 05 seconds East a distance of 72.61 feet to a point; North 43 degrees 50 minutes 19 seconds East a distance of 81.38 feet to a point; North 03 degrees 49 minutes 37 seconds East a distance of 72.47 feet to a point; North 04 degrees 16 minutes 10 seconds West a distance of 90.91 feet to a point; North 01 degree 41 minutes 18 seconds East a distance of 57.76 feet to a point; North 20 degrees 51 minutes 51 seconds East a distance of 37.72 feet to a point; North 32 degrees 30 minutes 36 seconds East a distance of 45.96 feet to a point; North 32 degrees 11 minutes 28 seconds East a distance of 34.54 feet to a point; North 84 degrees 09 minutes 40 seconds East a distance of 60.98 feet to a point; South 60 degrees 54 minutes 14 seconds East a distance of 96.21 feet to a point; South 50 degrees 43 minutes 18 seconds East a distance of 133.54 feet to a point; South 14 degrees 06 minutes 05 seconds East a distance of 173.86 feet to a point; South 24 degrees 39 minutes 08 seconds East a distance of 31.95 feet to a point; South 39 degrees 51 minutes 26 seconds East a distance of 70.70 feet to a point; South 67 degrees 18 minutes 48 seconds East a distance of 39.34 feet to an iron pin set; thence leaving said parallel line of said Vickers Road and run South 03 degrees 07 minutes 27 seconds West a distance of 122.09 feet to an iron pin set along the land lot line common to Land Lots 6 and 15, said district and county, said iron pin set marking the POINT OF BEGINNING; being designated as Tract 1 and Georgia Power Company Parcel B-78 containing 34.335 acres, more or less, as more particularly shown on that Georgia Power Company Land Department Survey of North Georgia Project-Burton Project Parcels B-74, B-75, B-76 and B-78 (2 pages), as certified by Edwin G. Davidson, Georgia Registered Land Surveyor No. 2586, dated December 4, 1997.

**PARCEL 9:**

ALL THAT TRACT OR PARCEL OF LAND lying and being in Land Lot 5, 1ˢᵗ Land District, Rabun County, Georgia, and being more particularly described as follows:

TO FIND THE POINT OF BEGINNING, commence at the corner common to Land Lots 5, 6, 15 and 16, said district and county; run thence along the land lot line common to Land Lots 5 and 6 South 00 degrees 53 minutes 59 seconds East a distance of 846.29 feet to an iron pin set, said iron pin set marking the POINT OF BEGINNING; FROM SAID POINT OF BEGINNING AS THUS ESTABLISHED, thence leaving said common land lot line and run South 07 degrees 58 minutes 48 seconds East a distance of 443.07 feet to an iron pin set; run thence North 88 degrees 09 minutes 13 seconds East a distance of 213.23 feet to an iron pin set; run thence in a line parallel to and following the contours of Vickers Road the following courses and distances:  South 59 degrees 26 minutes 02 seconds East a distance of 43.40 feet to a point; South 12 degrees 18 minutes 34 seconds East a distance of 113.80 feet to a point; South 16 degrees 52 minutes 48 seconds East a distance of 48.72 feet to a point; South 08 degrees 04 minutes 15 seconds East a distance of 31.68 feet to a point; South 41 degrees 46 minutes 45 seconds West a distance of 89.60 feet to a point; South 45 degrees 19 minutes 32 seconds West a distance of 56.86 feet to a point; South 50 degrees 20 minutes 27 seconds West a distance of 84.07 feet to a point; South 40 degrees 46 minutes 32 seconds West a distance of 65.63 feet to a point; South 30 degrees 05 minutes 41 seconds West a distance of 36.58 feet to a point; South 20 degrees 35 minutes 56 seconds West a distance of 44.74 feet to a point; South 16 degrees 14 minutes 34 seconds West a distance of 43.11 feet to a point; South 24 degrees 45 minutes 20 seconds West a distance of 30.15 feet to a point; South 52 degrees 56 minutes 03 seconds West a distance of 49.25 feet to a point; South 40 degrees 43 minutes 30 seconds West a distance of 49.64 feet to an iron pin found on the land lot line common to Land Lots 5 and 6, said district and county; run thence along said common land lot line North 00 degrees 53 minutes 59 seconds West a distance of 1,063.04 feet to an iron pin set, said iron pin set marking the POINT OF BEGINNING; being designated as Tract 2 and Georgia Power Company Parcel B-76, containing 3.347 acres, more or less, as shown on that Georgia Power Company Land Department Survey of North Georgia Project-Burton Project Parcels B-74, B-75, B-76 and B-78 (2 pages), as certified by Edwin G. Davidson, Georgia Registered Land Surveyor No. 2586, dated December 29, 1997.

**PARCEL 10:**

ALL THAT TRACT OR PARCEL OF LAND lying and being in Land Lot 5, 1ˢᵗ District, Rabun County, Georgia, and being more particularly described as follows:

TO FIND THE POINT OF BEGINNING, commence at the corner common to Land Lots 5, 6, 15 and 16, said district and county; run thence along the land lot line common to Land Lots 5 and 6 the following courses and distances: South 00 degrees 53 minutes 59 seconds

East a distance of 846.29 feet to an iron pin found; South 00 degrees 53 minutes 59 seconds East a distance of 1,063.04 feet to an iron pin set; South 00 degrees 53 minutes 59 seconds East a distance of 828.39 feet to an iron pin set, said iron pin set marking the POINT OF BEGINNING; FROM SAID POINT OF BEGINNING AS THUS ESTABLISHED, thence leaving said common land lot line and run North 88 degrees 35 minutes 27 seconds East a distance of 37.61 feet to an iron pin set; run thence in a line parallel to and following the contours of Vickers Road the following courses and distances: South 09 degrees 02 minutes 46 seconds East a distance of 35.95 feet to a point; South 05 degrees 30 minutes 15 seconds East a distance of 38.57 feet to a point; South 00 degrees 24 minutes 49 seconds East a distance of 107.68 feet to a point; South 08 degrees 35 minutes 09 seconds East a distance of 80.46 feet to a point; South 05 degrees 55 minutes 42 seconds East a distance of 31.04 feet to a point; South 01 degree 50 minutes 37 seconds West a distance of 35.77 feet to a point; South 06 degrees 18 minutes 03 seconds West a distance of 86.46 feet to a point; South 11 degrees 57 minutes 42 seconds West a distance of 76.76 feet to a point; South 11 degrees 36 minutes 44 seconds West a distance of 132.62 feet to an iron pin set located along the land lot line common to Land Lots 5 and 6, said district and county; thence leaving said line parallel to Vickers Road and run along the common land lot line North 00 degrees 53 minutes 59 seconds West a distance of 617.84 feet to an iron pin set, said iron pin set marking the POINT OF BEGINNING; containing 0.571 acres, more or less, and being designated as Tract 3 and Georgia Power Company Parcel B-76, as shown on that Georgia Power Company Land Department Survey of North Georgia Project-Burton Project Parcels B-74, B-75, B-76 and B-78 (2 pages), as certified by Edwin G. Davidson, Georgia Registered Land Surveyor No. 2586, dated December 29, 1997.

**PAGE 9 OF 22**

LESS AND EXCEPT from the above described property that portion of the property conveyed by that certain Warranty Deed recorded in Deed Book T-18, Page 493, aforesaid Records. **(Lot 10, Unit 1)**

FURTHER LESS AND EXCEPT from the above described property that portion of the property conveyed by that certain Warranty Deed recorded in Deed Book V-18, Page 377, aforesaid Records. **(Lot 6, Block B, Unit 1)**

FURTHER LESS AND EXCEPT from the above described property that portion of the property conveyed by that certain Warranty Deed With Right of Survivorship recorded in Deed Book U-18, Page 421, aforesaid Records. **(Lot 7, Unit B)**

FURTHER LESS AND EXCEPT from the above described property that portion of the property conveyed by that certain Warranty Deed recorded in Deed Book W-18, Page 602, aforesaid Records. **(Lot 12, Block B, Unit 1)**

FURTHER LESS AND EXCEPT from the above described property that portion of the property conveyed by that certain Warranty Deed recorded in Deed Book X-18, Page 439, aforesaid Records. **(Lot 1, Block B, Unit 1)**

FURTHER LESS AND EXCEPT from the above described property that portion of the property conveyed by that certain Warranty Deed recorded in Deed Book Y-18, Page 33, aforesaid Records. **(Lot 9, Block B, Unit 1)**

FURTHER LESS AND EXCEPT from the above described property that portion of the property conveyed by that certain Warranty Deed recorded in Deed Book Y-18, Page 39, aforesaid Records. **(Lot 8, Block D, Unit 1)**

FURTHER LESS AND EXCEPT from the above described property that portion of the property conveyed by that certain Warranty Deed recorded in Deed Book Y-18, Page 559, aforesaid Records. **(Lot 22, Block C, Unit 1)**

FURTHER LESS AND EXCEPT from the above described property that portion of the property conveyed by that certain Warranty Deed recorded in Deed Book Y-18, Page 565, aforesaid Records. **(Lot 7, Block D, Unit 1)**

FURTHER LESS AND EXCEPT from the above described property that portion of the property conveyed by that certain Warranty Deed recorded in Deed Book Z-18, Page 34, aforesaid Records. **(Lot 5, Block B, Unit 1)**

FURTHER LESS AND EXCEPT from the above described property that portion of the property conveyed by that certain Warranty Deed recorded in Deed Book Z-18, Page 40, aforesaid Records. **(Lot 4, Block B, Unit 1)**

FURTHER LESS AND EXCEPT from the above described property that portion of the property conveyed by that certain Warranty Deed recorded in Deed Book B-19, Page 178, aforesaid Records. **(Lot 18, Block C, Unit 1)**

**PAGE 10 OF 22**

FURTHER LESS AND EXCEPT from the above described property that portion of the property conveyed by that certain Warranty Deed recorded in Deed Book E-19, Page 149, aforesaid Records. **(Lot 16, Block C, Unit 1)**

FURTHER LESS AND EXCEPT from the above described property that portion of the property conveyed by that certain Warranty Deed recorded in Deed Book E-19, Page 361, aforesaid Records. **(Lot 11, Block B, Unit 1)**

FURTHER LESS AND EXCEPT from the above described property that portion of the property conveyed by that certain Warranty Deed recorded in Deed Book E-19, Page 595, aforesaid Records; as corrected by that certain Corrective Warranty Deed recorded in Deed Book T-23, Page 137, aforesaid Records. **(Lot 10, Block C, Unit 1)**

FURTHER LESS AND EXCEPT from the above described property that portion of the property conveyed by that certain Warranty Deed recorded in Deed Book E-19, Page 603, aforesaid Records. **(Lot 8, Block B, Unit 1)**

FURTHER LESS AND EXCEPT from the above described property that portion of the property conveyed by that certain Warranty Deed recorded in Deed Book J-19, Page 598, aforesaid Records. **(Lot 6, Block D, Unit 1)**

FURTHER LESS AND EXCEPT from the above described property that portion of the property conveyed by that certain Warranty Deed recorded in Deed Book Y-19, Page 185, aforesaid Records. **(Lots 4 and 5, Block C)**

FURTHER LESS AND EXCEPT from the above described property that portion of the property conveyed by that certain Warranty Deed recorded in Deed Book B-20, Page 50, aforesaid Records. **(Lots 9, 10, 11, 12, 13 and 21, Unit 2)**

FURTHER LESS AND EXCEPT from the above described property that portion of the property conveyed by that certain Warranty Deed recorded in Deed Book E-20, Page 594, aforesaid Records. **(Lot 22, Unit 2)**

FURTHER LESS AND EXCEPT from the above described property that portion of the property conveyed by that certain Warranty Deed recorded in Deed Book I-20, Page 645, aforesaid Records. **(Lot 13, Block C, Unit 1)**

FURTHER LESS AND EXCEPT from the above described property that portion of the property conveyed by that certain Warranty Deed recorded in Deed Book L-20, Page 369, aforesaid Records. **(Lot 6, Block G, Unit 1)**

FURTHER LESS AND EXCEPT from the above described property that portion of the property conveyed by that certain Warranty Deed recorded in Deed Book R-20, Page 57, aforesaid Records. **(Lot 3, Block E, Unit 1)**

FURTHER LESS AND EXCEPT from the above described property that portion of the property conveyed by that certain Warranty Deed recorded in Deed Book S-20, Page 400, aforesaid Records; as corrected by that certain Corrective Warranty Deed recorded in Deed Book D-26, Page 155, aforesaid Records; as re-recorded in Deed Book K-26, page 685, aforesaid Records. **(Lot 2, Block D, Unit 1)**

**PAGE 11 OF 22**

FURTHER LESS AND EXCEPT from the above described property that portion of the property conveyed by that certain Warranty Deed recorded in Deed Book S-20, Page 402, aforesaid Records. **(Lot 2, Block B)**

FURTHER LESS AND EXCEPT from the above described property that portion of the property conveyed by that certain Warranty Deed with Right of Survivorship recorded in Deed Book H-21, Page 387, aforesaid Records. **(Lot 3, Block C)**

FURTHER LESS AND EXCEPT from the above described property that portion of the property conveyed by that certain Warranty Deed with Right of Survivorship recorded in Deed Book L-21, Page 7, aforesaid Records. **(Lot 5, Block D)**

FURTHER LESS AND EXCEPT from the above described property that portion of the property conveyed by that certain Warranty Deed recorded in Deed Book M-21, Page 244, aforesaid Records. **(Lot 3, Block B)**

FURTHER LESS AND EXCEPT from the above described property that portion of the property conveyed by that certain Warranty Deed with Right of Survivorship recorded in Deed Book M-21, Page 381, aforesaid Records. **(Lot 6, Block C)**

FURTHER LESS AND EXCEPT from the above described property that portion of the property conveyed by that certain Warranty Deed with Right of Survivorship recorded in Deed Book W-21, Page 427, aforesaid Records. **(Lots 19 through and including 21, Block C)**

FURTHER LESS AND EXCEPT from the above described property that portion of the property conveyed by that certain Warranty Deed recorded in Deed Book W-21, Page 545, aforesaid Records. **(Lot 11, Block C)**

FURTHER LESS AND EXCEPT from the above described property that portion of the property conveyed by that certain Limited Warranty Deed recorded in Deed Book H-22, Page 403, aforesaid Records. **(Lots 23 and 24)**

FURTHER LESS AND EXCEPT from the above described property that portion of the property conveyed by that certain Warranty Deed with Right of Survivorship recorded in Deed Book M-22, Page 120, aforesaid Records. **(Lot 15, Block C)**

FURTHER LESS AND EXCEPT from the above described property that portion of the property conveyed by that certain Warranty Deed recorded in Deed Book V-22, Page 410, aforesaid Records. **(Lot 8, Block C)**

FURTHER LESS AND EXCEPT from the above described property that portion of the property conveyed by that certain Warranty Deed recorded in Deed Book V-22, Page 412, aforesaid Records. **(Lot 9, Block C)**

FURTHER LESS AND EXCEPT from the above described property that portion of the property conveyed by that certain Warranty Deed with Right of Survivorship recorded in Deed Book X-22, Page 428, aforesaid Records. **(Lot 7, Block C)**

FURTHER LESS AND EXCEPT from the above described property that portion of the property conveyed by that certain Warranty Deed recorded in Deed Book X-22, Page 430, aforesaid Records; as re-recorded in Deed Book A-23, Page 337, aforesaid Records. **(Lot 12, Block C)**

**PAGE 12 OF 22**

FURTHER LESS AND EXCEPT from the above described property that portion of the property conveyed by that certain Warranty Deed with Right of Survivorship recorded in Deed Book M-23, Page 634, aforesaid Records. **(Lot 14, Block C)**

FURTHER LESS AND EXCEPT from the above described property that portion of the property conveyed by that certain Warranty Deed recorded in Deed Book M-23, Page 645, aforesaid Records. **(Lot 1, Block F)**

FURTHER LESS AND EXCEPT from the above described property that portion of the property conveyed by that certain Warranty Deed recorded in Deed Book P-23, Page 189, aforesaid Records. **(Lot 4, Block A)**

FURTHER LESS AND EXCEPT from the above described property that portion of the property conveyed by that certain Warranty Deed recorded in Deed Book P-23, Page 556, aforesaid Records. **(Lot 2, Block C)**

FURTHER LESS AND EXCEPT from the above described property that portion of the property conveyed by that certain Warranty Deed recorded in Deed Book P-23, Page 565, aforesaid Records. **(Lot 1, Block D)**

FURTHER LESS AND EXCEPT from the above described property that portion of the property conveyed by that certain Limited Warranty Deed recorded in Deed Book X-24, Page 69, aforesaid Records.  **(Small strip)**

FURTHER LESS AND EXCEPT from the above described property that portion of the property conveyed by that certain Warranty Deed with Right of Survivorship recorded in Deed Book X-24, Page 478, aforesaid Records. **(Lot 4, Block D)**

FURTHER LESS AND EXCEPT from the above described property that portion of the property conveyed by that certain Warranty Deed with Right of Survivorship recorded in Deed Book Y-24, Page 53, aforesaid Records. **(Lot 1, Block E)**

FURTHER LESS AND EXCEPT from the above described property that portion of the property conveyed by that certain Warranty Deed with Right of Survivorship recorded in Deed Book Y-24, Page 55, aforesaid Records. **(Lot 3, Block A)**

FURTHER LESS AND EXCEPT from the above described property that portion of the property conveyed by that certain Warranty Deed recorded in Deed Book W-24, Page 499, aforesaid Records. **(Lot 2, Block E)**

FURTHER LESS AND EXCEPT from the above described property that portion of the property conveyed by that certain Warranty Deed recorded in Deed Book A-25, Page 260, aforesaid Records. **(Lot 3, Block D)**

FURTHER LESS AND EXCEPT from the above described property that portion of the property conveyed by that certain Warranty Deed with Right of Survivorship recorded in Deed Book Y-25, Page 150, aforesaid Records. **(Lot 10, Block G)**

FURTHER LESS AND EXCEPT from the above described property that portion of the property conveyed by that certain Warranty Deed recorded in Deed Book I-26, Page 566, aforesaid Records. **(Lot 2, Block F)**

FURTHER LESS AND EXCEPT from the above described property that portion of the property conveyed by that certain Warranty Deed recorded in Deed Book K-26, Page 197, aforesaid Records. **(Lot 3, 3G, 4, 5, 6, 6G and 7)**

FURTHER LESS AND EXCEPT from the above described property that portion of the property conveyed by that certain Warranty Deed recorded in Deed Book P-26, Page 32, aforesaid Records. **(Lot 3, Block G)**

FURTHER LESS AND EXCEPT from the above described property that portion of the property conveyed by that certain Warranty Deed recorded in Deed Book Q-26, Page 73, aforesaid Records. **(Lot 3, Block F)**

FURTHER LESS AND EXCEPT from the above described property that portion of the property conveyed by that certain Warranty Deed recorded in Deed Book V-26, Page 26, aforesaid Records. **(Lot 8)**

FURTHER LESS AND EXCEPT from the above described property that portion of the property conveyed by that certain Warranty Deed recorded in Deed Book J-27, Page 692, aforesaid Records. **(Lot 13, Block A)**

FURTHER LESS AND EXCEPT from the above described property that portion of the property conveyed by that certain Warranty Deed recorded in Deed Book K-27, Page 218, aforesaid Records. **(Lot 8, Block G)**

FURTHER LESS AND EXCEPT from the above described property that portion of the property conveyed by that certain Warranty Deed recorded in Deed Book K-27, Page 231, aforesaid Records. **(Lot 7, Block G)**

FURTHER LESS AND EXCEPT from the above described property that portion of the property conveyed by that certain Warranty Deed recorded in Deed Book L-27, Page 583, aforesaid Records. **(Lot 18, Block A)**

FURTHER LESS AND EXCEPT from the above described property that portion of the property conveyed by that certain Warranty Deed recorded in Deed Book O-27, Page 236, aforesaid Records. **(Lot 6, Block G)**

FURTHER LESS AND EXCEPT from the above described property that portion of the property conveyed by that certain Warranty Deed recorded in Deed Book C-28, Page 327, aforesaid Records. **(Lot 5, Block G)**

FURTHER LESS AND EXCEPT from the above described property that portion of the property conveyed by that certain Warranty Deed with Right of Survivorship recorded in Deed Book T-28, Page 95, aforesaid Records. **(Lot 15, Block A)**

FURTHER LESS AND EXCEPT from the above described property that portion of the property conveyed by that certain Warranty Deed recorded in Deed Book T-28, Page 151, aforesaid Records. **(Lot 2, Block A)**

FURTHER LESS AND EXCEPT from the above described property that portion of the property conveyed by that certain Warranty Deed recorded in Deed Book U-28, Page 371, aforesaid Records. (Lot 1, Block V)

FURTHER LESS AND EXCEPT from the above described property that portion of the property conveyed by that certain Warranty Deed recorded in Deed Book F-29, Page 425, aforesaid Records. (Lot 9, Block G)

FURTHER LESS AND EXCEPT from the above described property that portion of the property conveyed by that certain Warranty Deed recorded in Deed Book M-29, Page 172, aforesaid Records. (Lot 11, Block G)

FURTHER LESS AND EXCEPT from the above described property that portion of the property conveyed by that certain Warranty Deed recorded in Deed Book N-30, Page 585, aforesaid Records. (Lot 14, Block V)

FURTHER LESS AND EXCEPT from the above described property that portion of the property conveyed by that certain Warranty Deed recorded in Deed Book W-30, Page 191, aforesaid Records. (Lot 2, Block V)

FURTHER LESS AND EXCEPT from the above described property that portion of the property conveyed by that certain Warranty Deed recorded in Deed Book Z-30, Page 110, aforesaid Records. (Lot 17, Block A)

FURTHER LESS AND EXCEPT from the above described property that portion of the property conveyed by that certain Warranty Deed recorded in Deed Book A-31, Page 171, aforesaid Records. (Lot 12, Block A)

FURTHER LESS AND EXCEPT from the above described property that portion of the property conveyed by that certain Warranty Deed recorded in Deed Book A-31, Page 333, aforesaid Records. (Lot 10, Block A)

FURTHER LESS AND EXCEPT from the above described property that portion of the property conveyed by that certain Warranty Deed recorded in Deed Book A-31, Page 466, aforesaid Records; as corrected by that certain Corrective Warranty Deed recorded in Deed Book P-31, Page 672, aforesaid Records. (Lot 16, Block A)

FURTHER LESS AND EXCEPT from the above described property that portion of the property conveyed by that certain Warranty Deed recorded in Deed Book B-31, Page 291, aforesaid Records. (Lot 15, Block V)

FURTHER LESS AND EXCEPT from the above described property that portion of the property conveyed by that certain Warranty Deed recorded in Deed Book B-31, Page 293, aforesaid Records. (Lot 16, Block V)

FURTHER LESS AND EXCEPT from the above described property that portion of the property conveyed by that certain Warranty Deed recorded in Deed Book C-31, Page 44, aforesaid Records. (Lot 18, Block V)

FURTHER LESS AND EXCEPT from the above described property that portion of the property conveyed by that certain Warranty Deed recorded in Deed Book E-31, Page 293, aforesaid Records. (Lot 17, Block V)

FURTHER LESS AND EXCEPT from the above described property that portion of the property conveyed by that certain Warranty Deed recorded in Deed Book G-31, Page 543, aforesaid Records. (Lot 11, Block A)

FURTHER LESS AND EXCEPT from the above described property that portion of the property conveyed by that certain Warranty Deed recorded in Deed Book G-31, Page 545, aforesaid Records. (Lot 6, Block A)

FURTHER LESS AND EXCEPT from the above described property that portion of the property conveyed by that certain Warranty Deed recorded in Deed Book H-31, Page 148, aforesaid Records. (Lot 14, Block A)

FURTHER LESS AND EXCEPT from the above described property that portion of the property conveyed by that certain Warranty Deed recorded in Deed Book I-31, Page 201, aforesaid Records. (Lot 19, Block A)

FURTHER LESS AND EXCEPT from the above described property that portion of the property conveyed by that certain Warranty Deed recorded in Deed Book L-31, Page 93, aforesaid Records.  (Lot 1, Block G)

FURTHER LESS AND EXCEPT from the above described property that portion of the property conveyed by that certain Warranty Deed recorded in Deed Book L-31, Page 695, aforesaid Records. (Lot 5, Block E)

FURTHER LESS AND EXCEPT from the above described property that portion of the property conveyed by that certain Warranty Deed recorded in Deed Book O-31, Page 338, aforesaid Records. (Lot 4, Block E)

FURTHER LESS AND EXCEPT from the above described property that portion of the property conveyed by that certain Warranty Deed recorded in Deed Book N-32, Page 154, aforesaid Records. (Lot 3, Block G)

FURTHER LESS AND EXCEPT FROM THE ABOVE DESCRIBED PROPERTY THE FOLLOWING
PARCEL OF LAND:

TRACT 1:
ALL THAT TRACT OR PARCEL OF LAND containing 12.43 acres (more or
less), lying and being in Land Lot 6 of the 1st Land District, Rabun County,
Georgia as shown upon that certain plat of survey dated December 4, 2002,
prepared by Wayne A. Powers, Georgia Registered Land Surveyor No. 2891, and
recorded in Plat Book 49, Page 155, Clerk's office, Rabun Superior Court, and
being described as follows:

To find the Point of Beginning, commence at the northernmost corner of Lot 3G
of Unit 2, Phase 1 of Waterfall at Lake Burton as shown on that certain Final Plat
recorded at Plat Book 45, pages 176-177, Rabun County Georgia Records and run
thence North 22°34'47" East a distance of 86.99 feet; thence North 60°41'57" East
a distance of 20.00 feet to a point located on the western right of way line of
Waterfall Drive (60' right of way) and the Point of Beginning.

From the Point of Beginning thus established, run thence 27.65' along the arc of a
curve to the right in the western right of way line of Waterfall Drive, said arc
having a radius of 65.00', and being subtended by a chord bearing North 17°06'46"
West, a chord distance of 27.45';
thence North 06°18'42" West, a distance of 173.98';
thence North 09°06'32" West, a distance of 58.45';
thence 58.40' along the arc of a curve to the right, said arc having a radius of
120.00',
and being subtended by a chord bearing North 04°49'59" West, a chord distance
of 57.82';
thence North 18°46'30" East, a distance if 111.76';
thence 54.30' along the arc of a curve to the left, said arc having a radius of
80.00', and being subtended by a chord bearing North 00°40'07" West, a chord
distance of 53.26';
thence departing the right-of-way of Waterfall Drive and running thence 62.66'
along the arc of a curve to the left, said arc having a radius of 135.00', and being
subtended by a chord bearing South 43°18'24" West, a distance of 62.10';
thence 93.16' along the arc of a curve to the right, said arc having a radius of
265.00, and being subtended by a chord bearing South 40°04'54" West, a chord
distance of 92.68";
thence South 50°09'10" West, a distance of 56.83';
thence South 48°46'00" West, a distance of 212.06',
thence North 74°16'27" West, distance of 270.72',
thence South 14°55'43" West, a distance of 118.40',
thence South 75°13'37" East, a distance of 136.13',
thence South 19°43'09" West, a distance of 80.64',
thence South 43°21'25" West, a distance of 112.89',
thence South 16°15'36" East, a distance of 119.04',
thence South 85°57'16" West, a distance of 212.88';
thence North 20°10'08" East, a distance of 132.23';
thence 62.48' along the arc or a curve to the right, said arc having a radius of
63.00', and being subtended by a chord bearing North 28°31'07"West, a chord
distance of 59.95'; thence North 03°49'54" East, a distance of 127.12';
thence North 83°33'52" West, a distance of 300.68';
thence South 86°53'06" West, a distance of 140.23';
thence South 02°12'24" East, a distance of 90.57';
thence South 02°12'24" East, a distance of 38.06';
thence South 06°56'07" East, a distance of 99.61';
thence South 10°23'28" East, a distance of 223.80';
thence North 86°53'06" East, a distance of 159.24' to the eastern right-of-way line
of Village Path Drive (r/w varies - not less than 30') and continuing along such
eastern and northern right-of-way line the following courses and distances: north
75 57'37" east, a distance of 27.42';
thence south 09 40'12" east, a distance of 70.99';

PAGE 17 OF 22

thence 67.21' along the arc of a curve to the left, said arc having a radius of 75.00', and

being subtended by a chord bearing south 34 46'14" east, a chord distance of 64.98';

thence south 60 26'32" east, a distance of 51.37';

thence 47.36' along the arc of a curve to the left, said arc having a radius of 72.00', and

being subtended by a chord bearing south 79 17'12" east, a chord distance of 46.51';

thence north 82 25'27" east, a distance of 99.78';

thence north 81 06'01" east, a distance of 80.25';

thence 4.22' along the arc of a curve to the right, said arc having a radius of 500.00', and

being subtended by a chord bearing north 79 42'45" east, a chord distance of 24.21';

thence 30.79' along the arc of a curve to the left, said arc having a radius of 2267.99', and

being subtended by a chord bearing north 77 56'34" east, a chord distance of 30.79';

thence 61.26' along the arc of a curve to the left, said arc having a radius of 567.39', and

being subtended by a chord bearing north 76 42'05" east, a chord distance of 61.23';

thence 46.59' along the arc of a curve to the right, said arc having a radius of 182.84', and being subtended by a chord bearing north 82 38'23" east, a chord distance of 46.46';

thence north 89 56'19" east, a distance of 104.23';

thence 35.47' along the arc of a curve to the left, said arc having a radius of 173.20', and

being subtended by a chord bearing north 84 04'17" east, a chord distance of 35.41';

thence departing the right-of-way of Village Path and running thence north 25 45'45" west, a distance of 37.00';

thence north 72 36'21" east, a distance of 60.00';

thence north 44 52'24" east, a distance of 89.62';

thence north 38 29'07" east, a distance of 60.94';

thence north 44 52'02" east, a distance of 107.01';

thence north 30 00'38" east, a distance of 60.10';

thence north 22 34'47" east, a distance of 86.99';

thence north 60 41'57" east, a distance of 20.00 to a point on the western right-of-way line of Waterfall Drive and the Point of Beginning.

The aforementioned tract or parcel is subject to the Declaration of Covenants, Conditions and Restrictions for Waterfall at Lake Burton dated April 16, 1999 and recorded in Book S-18, Pages 309-342, Clerk's Office Rabun Superior Court as amended by First Amendment thereto dated June 15, 1999, recorded at Deed Book X18, Page 442, of said records, and any and all amendments or modifications thereto of record.

The property herein conveyed is subject to a 10 foot easement around all property lines for future utilities and drainage.

The property herein conveyed is subject to that 10' landscape and pedestrian easement as shown upon the above-referenced plat of survey.

Further, the property herein conveyed is subject to that certain Trust Indenture from Lake Burton Development, LLC to Waterfall Property Owners Association, Inc. dated April 10, 2001, recorded in Deed Book S-20, Page 565, Clerk's Office, Rabun Superior Court, and pertaining to the sewer system of Waterfall of Lake Burton.

Further, the property herein conveyed is subject to that certain Trust Indenture from Lake Burton Development, LLC to Waterfall Property Owners Association, Inc. dated April 10, 200, recorded in Deed Book R-20, Page 462, Clerk's office, Rabun Superior Court, and pertaining to the utility system of Waterfall of Lake Burton.

The property herein conveyed is subject to, if any, the rights of others to use that road which crosses portions of the northern boundary of the above-described 12.43 acre tract as same is shown upon the above-referenced plat of survey.

Conveyed herewith are any and all benefits and rights pertaining to the sewer and utility system of Waterfall at Lake Burton as same pertain to the property herein conveyed.

Conveyed herewith is a non-exclusive, perpetual easement for ingress and egress over and across those subdivision roads of Waterfall at Lake Burton from the US Highway 76 - Georgia Highway No. 2 to the above-described property herein conveyed.

## FURTHER LESS AND EXCEPT FROM THE ABOVE DESCRIBED PROPERTY THE FOLLOWING PARCEL OF LAND:

TRACT 2:
ALL THAT TRACT OR PARCEL OF LAND containing 5.76 acres (more or less), lying and being in Land Lots 6 of the 1st District and Land Lot 91 of the 5th District, Rabun County Georgia as shown upon that particular plat of survey dated November 25, 2002, prepared by Wayne A. Powers, Georgia Registered Land Surveyor #2891, and recorded in Plat Book 49, Page 154, Clerk's office, Rabun Superior Court, and being described as follows:

Beginning at the intersection of the northern right-of-way line of U.S. Route 76 (variable r/w) and the eastern boundary of Land Lot 91 of the 5th District, Rabun County, Georgia and running thence 75.12' along the arc of a curve to the left in the northern right0of-way line of U.S. Rout 76, said arc having a radius of 552.46', and being subtended by a chord bearing South 89°13'00" West a chord distance of 75.06' to a point; thence North 04°40'43" West, along the northern right-of-way line of U.S. Route 76, a distance of 25.00' to a point;
thence 1112.57' along the arc of a curve to eh left in the northern right-of-way line of U.S. Route 76, said arc having a radius of 577.46' and bing subtended by a chord bearing South 79°44'13" West, a chord distance of 112.39" to a point; thence departing the northern right-of-way line of U.S. Route 76 and running North 02°44'34" West, a distance of 85.37' to a point;
thence North 00°02'15" West, a distance of 129.52 to a point;
thence 14.40 along the arc of a curve to the right, said arc having a radius of 100.00' and being subtended by a chord bearing South 72°34'38" West, a chord distance of 14.39' to a point;
thence South 76°42'09" West, a distance of 82.11 to a point;
thence 54.40' along the arc of a curve tot he right, said arc having a radius of 60.24' and bing subtended by a chord bearing North 77°25'40" West, a chord distance of 52.57' to a point located on the southern right-of-way line of Magnolia Place (40' r/w) and running thence along the right-of-way line of Magnolia Place and following courses and distance: 35.31 ' along the arc of a curve to the left, said arc having a radius of 1520.00' and being subtended by a chord bearing North 59°49'54" East a chord distance of 35.31' to a point; thence 51.51' along the arc of a curve to the left, said arc having a radius of 1520.00'and being subtended by a chord bearing North 58°11'43" East, a chord distance of 51.51' to a point;
thence 33.06' along the arc of a curve to the left, said arc having a radius of 420.00' and bing subtended by a chord bearing North 54°58'10" East, a chord distance of 33.05' to a point;
thence 24.73' along the arc of a curve to the right, said arc having a radius of 30.00' and being subtended by a chord bearing North 76°19'30" East, a chord distance of 24.03'; thence 246.40 along the arc of a curve to the left, said arc having a radius of 50' and being subtended by a chord bearing North 41°14'28"

PAGE 19 OF 22

West, a chord distance of 62.69' to a point;
thence 29.46' along the arc of a curve to the right, said arc having a radius of
30.00' and being subtended by a chord bearing South 25°42'53" West, a chord
distance of 28.29' to a point;
thence 22.40 along the arc of a curve to the right, said arc having a radius of
380.00' and being subtended by a chord bearing South 55°32'09" West, a chord
distance of 22.40' to a point;
thence 206.81' along the arc of a curve tot he right, said arc having a radius of
1480.00' and bing subtended by a chord bearing South 61°13'40" West, a chord
distance of 206.64' to a point;
thence 48.32' along the arc of a curve to the right, said arc having a radius of
1480.00' and being subtended by a chord bearing South 66°09'59" West, a chord
distance of 48.32' to a point;
thence 148.29' along the arc of a curve to the right, said arc having a radius of
1480.00' and being subtended by a chord bearing South 69°58'19" West, a chord
distance of 148.22' to a point;
thence departing the northern right-of-way line of Magnolia Place and running
thence North 17°31'24" East, a distance of 20.88';
thence North 28°44'37"East, a distance of 23.39';
thence North 53°04'41" East, a distance of 43.61';
thence North 20°31'48" East, a distance of 72.11';
thence North 14°59'09" West, a distance of 38.01';
thence North 07°57'58" East, a distance of 31.00';
thence North 33°29'41" East, a distance of 40.29';
thence North 13°22'08" East, a distance of 56.02';
thence North 36°33'05" East, a distance of 136.83';
thence North 51°02'58" East, a distance of 100.34';
thence North 32°51'35" East, a distance of 89.30';
thence North 42°34'18" East, a distance of 95.78';
thence South 63°26'31" East, a distance of 24.00';
thence South 73°14'07" East, a distance of 18.88';
thence South 05°01'37" West, a distance of 99.16';
thence South 12°22'00" West, a distance of 50.23';
thence South 05°18'07" East, a distance of 169.04';
thence North 44°54'25" East, a distance of 151.70';
thence North 51°14'19" East, a distance of 143.84';
thence North 89°41'15" East, a distance of 131.10' to a point located on the
common boundary line between Land Lots 5 and 6 of the 1" Land District , Rabun
County, Georgia and running thence along such boundary line South 00°55'00"
East, a distance of 654.15 to a point located on the northern right-of-way line of
U. S. Route 76 (variable r/w) and the Point of Beginning.

**FURTHER LESS AND EXCEPT FROM THE ABOVE DESCRIBED PROPERTY THE FOLLOWING
PARCEL OF LAND:**

All interest in that certain tract or parcel of land lying and being in Land Lot 6 of
the First Land District of Rabun County, Georgia, being Lot 17 of Unit 1,
Block C of Waterfall at Lake Burton, containing 1.53 acre more or less, said lot
being located on the road known as Waterfall Drive North, and more particularly
described upon that certain plat of survey dated April 13, 1999, by Leonida J.
Sears, III, Georgia Registered Land Surveyor No. 2628, said plat recorded in Plat
Book 42, Page 222-226, Clerk's Office Rabun Superior Court, reference to said
plat being for the express purpose of incorporating its description herein.

**PAGE 20 OF 22**

**FURTHER LESS AND EXCEPT FROM THE ABOVE DESCRIBED PROPERTY THE FOLLOWING PARCEL OF LAND:**

All that tract or parcel of land lying and being in Land Lot 6 of the First Land District of Rabun County, Georgia and being Phase 1 Waterfall Villas, containing 0.54 acre as same is more particularly described upon that certain plat of survey dated January 18, 2005, prepared by William F. Rolader, Georgia Registered Land Surveyor No. 2042, and recorded in Plat Book 54, Page 49, Clerk's office, Rabun Superior Court. Reference is hereby had and made to said plat of survey for the purpose of incorporating same herein for a full and complete description of the property herein conveyed.

Conveyed herewith is a non-exclusive, perpetual easement for ingress and egress over and across the subdivision roads of Waterfall at Lake Burton.

Further, conveyed herewith is a non-exclusive, perpetual easement for the use, maintenance and repair of the water and sewer system and lines serving the above-described property and that property adjacent to same.

**FURTHER LESS AND EXCEPT FROM THE ABOVE DESCRIBED PROPERTY THE FOLLOWING PARCEL OF LAND:**

ALL THAT TRACT OR PARCEL OF LAND lying and being in Land Lot 6 of the 1st Land District, Rabun County, Georgia and being Lot 4, containing 0.32 acres of Block G, Unit 1 of Waterfall at Lake Burton, as more particularly described upon that certain plat of survey dated December 17, 2003, last revised November 15, 2004 prepared by William F. Rolader, Georgia Registered Land Surveyor No. 2042 and recorded in Plat Book 53, Page 225, Clerk's office, Rabun Superior Court. Reference is hereby had and made to said plat of survey for the purpose of incorporating same herein for a full and complete description of the property herein conveyed.

**PAGE 21 OF 22**

**TRACT B:**

All that tract or parcel of land lying and being in Land Lot 6 of the First Land District of Rabun County, Georgia and being that Parking Tract, containing 0.62 acre as same is more particularly described upon that certain plat of survey dated January 18, 2005, prepared by William F. Rolader, Georgia Registered Land Surveyor No. 2042, and recorded in Plat Book 54, Page 50, Clerk's office, Rabun Superior Court. Reference is hereby had and made to said plat of survey for the purpose of incorporating same herein for a full and complete description of the property herein conveyed.

**TRACT C:**

All that tract or parcel of land lying and being in Land Lot 6 of the First Land District of Rabun County, Georgia and being that Club House Tract, containing 0.60 acre as same is more particularly described upon that certain plat of survey dated January 18, 2005, prepared by William F. Rolader, Georgia Registered Land Surveyor No. 2042, and recorded in Plat Book 54, Page 51, Clerk's office, Rabun Superior Court. Reference is hereby had and made to said plat of survey for the purpose of incorporating same herein for a full and complete description of the property herein conveyed.

**PAGE 22 OF 22**

## SCHEDULE 1.1(b)

### LEGAL DESCRIPTION
### OF CLUB LAND

That portion of the following real property designated by Buyer as the "Club Land":

[See attached]

## EXHIBIT "A"

**TRACT A:**

**Parcel One:**

All that tract or parcel of land lying and being in Land Lot 6 of the First (1st) District of Rabun County, Georgia, containing 6.16 acres, more or less, and being Lot 40 as shown on plat of subdivision known as "Chinkapin At Burton", and "Burton Mountain" recorded in Plat Book 26, Page 52, Rabun County, Georgia records.

**Parcel Two:**    LOT 43A - BURTON MOUNTAIN

Being part of the property lying in Land Lot 6 of the First (1st) District of Rabun County, Georgia, and being part of Lot 43 as shown on a plat of subdivision entitled "Burton Mountain", prepared by Lamar Edwards & Associates, Inc. dated November 15, 1988, and being more particularly described as follows:

To find the True Point of Beginning, commence at the common corner of Land Lots 5, 6, 15 and 16 of the aforesaid District; thence, leaving said point and running with the North line of said Land Lot 6, North 85° 32' 36" West, 2681.46 Feet; thence, leaving the said line of Land Lot 6 and running with the Easterly line of the aforesaid Burton Mountain Subdivision, South 14° 18' 02" West, 823.10 feet to The True Point of Beginning of the below described property, said point also being the Northeasterly most corner of aforesaid Lot 43, thence, leaving the said True Point of Beginning and continuing with the said line of Lot 43

1. South 14° 18' 02" West, 476.90 feet; thence, leaving the said line of Lot 43 and running
2. North 52° 08' 32" West, 186.34 feet; thence,
3. North 41° 41' 54" East, 209.88 feet; thence,
4. North 36° 36' 33" East, 100.00 feet; thence,
5. North 06° 43' 35" East, 100.00 feet; thence,
6. North 77° 59' 56" East, 55.17 Feet to the point of beginning, containing 39.157 square feet or 0.8989 of an acre of land, more or less.

**PAGE 1 OF 22**

**PARCEL 3:**

All that tract or parcel of land lying and being in Land Lot 6 of the First District of Rabun County, Georgia, being 289.41 acres according to plat of survey for William B. Johnson prepared by William F. Rolader, Georgia Registered Professional Land Survey or No. 2042, dated September 10, 1990, as revised September 22, 1992, which said plat of survey is incorporated herein by this reference and made a part of this description, and being more particularly described as follows:

Beginning at the common corner of Land Lots 6, 5, 16 and 15 of the First District of Rabun County, Georgia; thence running south 03 degs. 26' west, along the line dividing Land Lots 6 and 5, 4,438.29 feet to a point at the line dividing the First and Fifth Districts; thence running north 87 degs. 14' west, along the line dividing the First and Fifth Districts, 1,042.55 feet to a point on the northerly right of way line of U.S. Highway 76; thence running north 85 degs. 38' west, along the northerly line of U.S. Highway 76 186.95 feet, on the arc of a curve to the left having a radius of 175 feet, and an arc length of 197.22 feet to a point; thence running south 61 degs. 17' west, along the northerly right of way line of U.S. Highway 76, 10 feet to a point on the line dividing the First and Fifth Districts; thence running north 87 degs. 14' west, along the line dividing the First and Fifth Districts, 659.35 feet to a point on the northerly right of way of U.S. Highway 76; thence continuing along the right of way line of U.S. Highway 76 the following courses and distances: north 76 degs. 17' west, 203.41 feet to a point; thence north 13 degs. 41' east, 19.96 feet to a point; thence north 42 degs. 21' west, 527.98 feet, on the arc of a curve to the left having a radius of 472.96 feet, and an arc length of 560.12 feet to a point; thence north 12 degs. 16' east, 81.55 feet to a point; thence running north 11 degs. 57' west, 194.49 feet, on the arc of a curve to the left having a radius of 265.07 feet, and an arc length of 199.14 feet to a point; thence running north 01 degs. 16' west, 18.07 feet to a point; thence running north 04 degs. 19' west, 96.26 feet, on the arc of a curve having a radius of 1,292.85 feet, and an arc length of 96.27 feet to a point; thence running north 12 degs. 26' west, 269.07 feet, on the arc of a curve to the left having a radius of 1,292.85 feet, and an arc length of 269.56 feet to a point; thence running south 74 degs. 28' west, 33.92 feet to a point; thence running north 17 degs. 41' west, 226.94 feet on the arc of a curve to the left having a radius of 1,243.21 feet, and an arc length of 227.26 feet to a point; thence running north 27 degrees, 34 minute west, 78.32 feet to a pont; thence running north 34 degs. 0' west, 166.60 feet on the arc of a curve to the left a radius of 394.28 feet, and an arc length of 167.86 feet to a pont; thence running north 61 degs. 37' west, 415.56 feet to a point on the easterly line of property conveyed by Ida Sheffield Deal to Parker, Griffin & Martin Land, Inc. under deed recorded in Deed Book H-11, Page 507, of the Rabun County, Georgia Deed Records; thence running north 14 degs. 18' east, 2,920.83 feet to a point on the line dividing Land Lots 6 and 15; thence running south 85 degs. 33' east, along the line dividing Land Lots 15 and 6, a distance of 2,681.44 feet to the Point of Beginning.

**PAGE 2 OF 22**

**PARCEL 4:**

All that tract or parcel of land lying and being in Land Lot 6 of the 1st Land District and Land Lot 91 of the 5th Land District, Rabun County, Georgia, being more particularly described as follows: Beginning at a concrete right of way monument marking the intersection of the right of way line of old U.S. Highway No. 76 and the new right of way line; thence along the proposed new right of way line of U.S. Highway No. 76, North 76 degs. 43'13" West, a distance of 435.41 feet to a concrete right of way monument at the intersection of the right of way line of Old U.S. Hwy. 76 and the new right of way line; thence following the old right of way line of U.S. Hwy. No. 76 the following courses: North 61 degs. 17' 00" East a distance of 184.19 feet to an iron pin; thence North 61 degs.17'00" East a distance of 10.00 feet to a point; thence around an arc which has a radius of 175.00 feet in a clockwise direction 365.81 feet to a point; thence south 07 degs. 16'00" west, a distance of 35.00 feet to the point of beginning. Said parcel contains 1.19 acres.

**PARCEL 5:**

All that tract or parcel of land situate, lying and being in Land Lot 90 of the 5th Land District of Rabun County, Georgia, and being more particularly described as follows: Beginning on the dividing line common to Land Lot 6, 1st Land District and Land Lot 90, 5th Land District, Rabun County, Georgia at a point 1042.55 feet as measured North 87 degs. 14'17" West along said dividing line from a 10 inch chestnut oak tree found at the land lot corner common to Land Lots 5 and 6, 1st Land District and Land Lots 90 and 91, 5th Land District, Rabun County, Georgia; thence from said Point of Beginning South 06 degs. 39'22" West 8.26 feet to a point; thence South 20 degs. 29'58" West 56.13 feet to a point; thence South 20 degs. 55'01' West 24.01 feet to the Northeast right-of-way line of U.S. Highway No. 76; thence North 22 degs. 20' 25" West along said Northeast right-of-way line 29.19 feet to a point; thence North 20 degs. 55' 01" East 2.68 feet to a point; thence North 20 degs. 29'58" East 53.62 feet to a point; thence North 06 degs. 39'22" East 4.46 feet to the dividing line common to Land Lot 6, 1st Land District and Land Lot 90, 5th Land District, Rabun County, Georgia; thence South 87 degs. 14'17" East 20.05 feet to the Point of Beginning, said tract containing 0.03 acres, more or less.

The above described tract of land is a portion of that larger tract of land more particularly described in a Warranty Deed dated September 1917 from J. E. Harvey to Georgia Railway & Power Company, recorded in Deed Book A-2, Page 39, and on file in the Office of the Clerk of Superior Court, Rabun County, Georgia, and shown on a plat, prepared by William F. Rolader, Registered Land Surveyor No. 2042, entitled Survey for William B. Johnson dated September 24, 1992, revised October 13, 1992, Drawing No. 90-204, and on file in the Offices of Georgia Power Company, Land Department.

**PAGE 3 OF 22**

**PARCEL 6:**

ALL THAT TRACT OR PARCEL OF LAND lying and being in Land Lot 91, 5th District, Rabun County, Georgia, and being more particularly described as follows:

TO FIND THE POINT OF BEGINNING, commence at a 10" chestnut oak located at the intersection of the corner common to Land Lots 5 and 6, 1st District, Rabun County, Georgia, along the district lines common to the 1st and 5th Districts, Rabun County, Georgia; run thence along said common district line North 87 degrees 14 minutes 17 seconds West a distance of 1,042.55 feet to a point; thence leaving said common district line and run along the arc of a curve to the left (said arc being subtended by a chord bearing North 85 degrees 38 minutes 15 seconds West having a chord distance of 186.95 feet) an arc distance of 197.22 feet to a point; run thence North 61 degrees 17 minutes 00 seconds East a distance of 10.00 feet to a point located on the common district line of the 1st and 5th District, said county, said point marking the POINT OF BEGINNING; FROM SAID POINT OF BEGINNING AS THUS ESTABLISHED, run thence South 61 degrees 17 minutes 00 seconds West a distance of 185.23 feet to a point; run thence North 76 degrees 18 minutes 24 seconds West a distance of 170.00 feet to a point; run thence along the arc of a curve to the left (said arc being subtended by a chord bearing North 76 degrees 23 minutes 08 seconds West having a chord distance of 152.95 feet and a radius of 103.24 feet) an arc distance of 172.21 feet to a point; run thence North 76 degrees 16 minutes 33 seconds West a distance of 187.70 feet to a point located along the district line common to the 1st District and 5th District, Rabun County, Georgia; run thence along said common district line South 87 degrees 14 minutes 17 seconds East a distance of 659.35 feet to a point, said point marking the POINT OF BEGINNING; being designated as Tract 2, containing 0.65 acres, more or less, as shown on that certain survey for William B. Johnson, certified by William F. Rolader, Georgia Registered Land Surveyor No. 2042, dated September 24, 1992.

**PARCEL 7:**

ALL THAT TRACT OR PARCEL OF LAND lying and being in Land Lot 91, 5th District, Rabun County, Georgia, and being more particularly described as follows:

BEGINNING at a 10" chestnut oak located at the intersection of the corner common to Land Lots 5 and 6, 1st District, Rabun County, Georgia, along the district lines common to the 1st District and 5th District, Rabun County, Georgia; thence leaving said POINT OF BEGINNING and run South 03 degrees 26 minutes 00 seconds West a distance of 67.51 feet to a point; run thence along the arc of a curve to the left (said arc being subtended by a chord bearing North 86 degrees 10 minutes 21 seconds West having a chord distance of 74.67 feet and a radius of 536.66 feet) an arc distance of 74.73 feet to a point; run thence North 00 degrees 09 minutes 34 seconds West a distance of 23.87 feet to a point; run thence along the arc of a curve to the left (said arc being subtended by a chord bearing South 84 degrees 09 minutes 14 seconds West having a chord distance of 111.09 feet and a radius of 560.53 feet) an arc distance of 111.28 feet to a point; run thence South 78 degrees 39 minutes 57 seconds West a distance of 341.02 feet to a point; run thence South 13 degrees

**PAGE 4 OF 22**

39 minutes 33 seconds East a distance of 20.24 feet to a point; run thence along the arc of a curve to the right (said arc being subtended by a chord bearing North 89 degrees 30 minutes 03 seconds West having a chord distance of 456.69 feet and a radius of 1,084.00) an arc distance of 460.14 feet to a point; run thence North 07 degrees 16 minutes 28 seconds East a distance of 35.00 feet to a point; run thence along the arc of a curve to the left (said arc being subtended by a chord bearing North 25 degrees 25 minutes 18 seconds West having a chord distance of 163.94 feet and a radius of 175.00 feet) an arc distance of 170.62 feet to a point located along the district line common to the 1st District and 5th District, Rabun County, Georgia; run thence along said common district line South 87 degrees 14 minutes 17 seconds East a distance of 1,042.55 feet to a 10" chestnut oak located along the line common to Land Lots 5 and 6, said 1st District, Rabun County, Georgia, said chestnut marking the POINT OF BEGINNING; being designated as Tract 3, containing 3.00 acres, more or less, and being more particularly described on that certain survey for William B. Johnson, certified by William F. Rolader, Georgia Registered Land Surveyor No. 2042, dated September 24, 1992.

## LESS AND EXCEPT FROM PARCEL 7:

ALL THAT TRACT OR PARCEL OF LAND situate, lying and being in Land Lot 91 of the 5th Land District of Rabun County, Georgia, and being more particularly described as follows: BEGINNING on the dividing line common to Land Lot 6, 1st Land District, and Land Lot 91, 5th Land District, Rabun County, Georgia, at a point 1042.55 feet as measured North 87 degrees 14 minutes 17 seconds West along said dividing line from a 10 inch chestnut oak tree found at the land lot corner common to Land Lots 5 and 6, 1st Land District, and Land Lot 91, 5th Land District, Rabun County, Georgia; thence from said POINT OF BEGINNING South 06 degrees 39 minutes 22 seconds West 8.25 feet to a point; thence South 20 degrees 29 minutes 58 seconds West 56.13 feet to a point; thence South 20 degrees 55 minutes 01 second West 24.01 feet to the Northeast right-of-way line of U.S. Highway No. 76; thence North 22 degrees 20 minutes 25 seconds West along said Northeast right-of-way line 29.19 feet to a point; thence North 20 degrees 55 minutes 01 second East 2.68 feet to a point; thence North 20 degrees 29 minutes 58 seconds East 53.62 feet to a point; thence North 06 degrees 39 minutes 22 seconds East 4.46 feet to the dividing line common to Land Lot 6; 1st Land District, and Land Lot 91, 5th Land District, Rabun County, Georgia; thence South 87 degrees 14 minutes 17 seconds East 20.05 feet to the POINT OF BEGINNING, said tract containing 0.03 acres, more or less, as all shown on a plat, prepared by William F. Rolader, Registered Land Surveyor No. 2042, entitled Survey for William B. Johnson dated September 24, 1992, revised October 13, 1992, Drawing No. 90-20.

**PAGE 5 OF 22**

**PARCEL 8:**

ALL THAT TRACT OR PARCEL OF LAND lying and being in Land Lot 15, 1st District, Rabun County, Georgia, and being more particularly described as follows:

TO FIND THE POINT OF BEGINNING, commence at an iron pin found at the corners common to Land Lots 5, 6, 15 and 16, said district and county; run thence along the land lot line common to Land Lots 6 and 15 North 89 degrees 52 minutes 26 seconds West a distance of 670.08 feet to an iron pin set, said iron pin set marking the POINT OF BEGINNING; FROM SAID POINT OF BEGINNING AS THUS ESTABLISHED, thence continue along said common land lot line the following courses and distances: North 89 degrees 52 minutes 26 seconds West a distance of 2,011.58 feet to an iron pin found; North 89 degrees 53 minutes 17 seconds West a distance of 1,218.64 feet to an aluminum monument U.S.A. Cor. No. 160; thence leaving said common land lot line and run North 19 degrees 29 minutes 57 seconds East a distance of 212.31 feet to a point; run thence North 22 degrees 14 minutes 23 seconds East a distance of 150.98 feet to a point; run thence North 31 degrees 27 minutes 59 seconds East a distance of 241.96 feet to a point; run thence North 19 degrees 13 minutes 11 seconds East a distance of 229.43 feet to a point; run thence North 02 degrees 49 minutes 46 seconds West a distance of 173.49 feet to an iron pin set, said iron pin set being located South 02 degrees 49 minutes 25 seconds East a distance of 87.01 feet from U.S.A. Cor. No. 159 and 65 feet from the centerline of Vickers Road; running thence in a line running parallel to and following the contours of Vickers Road the following courses and distances: South 76 degrees 44 minutes 53 seconds East a distance of 35.60 feet to a point; North 83 degrees 57 minutes 58 seconds East a distance of 55.39 feet to a point; North 73 degrees 53 minutes 48 seconds East a distance of 52.80 feet to a point; North 89 degrees 44 minutes 39 seconds East a distance of 14.92 feet to a point; South 71 degrees 40 minutes 41 seconds East a distance of 40.09 feet to a point; South 36 degrees 20 minutes 33 seconds East a distance of 17.87 feet to a point; South 18 degrees 50 minutes 40 seconds East a distance of 165.46 feet to a point; South 05 degrees 29 minutes 32 seconds West a distance of 57.16 feet to a point; South 05 degrees 00 minutes 23 seconds East a distance of 49.36 feet to a point; South 30 degrees 04 minutes 59 seconds East a distance of 50.54 feet to a point; South 35 degrees 53 minutes 41 seconds East a distance of 172.39 feet to a point; South 50 degrees 20 minutes 14 seconds East a distance of 53.24 feet to a point; South 81 degrees 40 minutes 58 seconds East a distance of 61.85 feet to a point; North 51 degrees 22 minutes 14 seconds East a distance of 62.81 feet to a point; North 30 degrees 44 minutes 21 seconds East a distance of 72.57 feet to a point; North 75 degrees 31 minutes 14 seconds East a distance of 83.41 feet to a point; North 69 degrees 19 minutes 03 seconds East a distance of 35.20 feet to a point; North 61 degrees 58 minutes 33 seconds East a distance of 76.44 feet to a point; North 55 degrees 00 minutes 50 seconds East a distance of 70.23 feet to a point; North 63 degrees 50 minutes 50 seconds East a distance of 38.25 feet to a point; North 75 degrees 56 minutes 44 seconds East a distance of 27.52 feet to a point; North 82 degrees 40 minutes 04 seconds East a distance of 25.28 feet to a point; South 88 degrees 24 minutes 03 seconds East a distance of 31.17 feet to a point; South 81 degrees 50 minutes 51 seconds East a distance of 68.48 feet to a point; South 72 degrees 23 minutes 17 seconds

East a distance of 106.37 feet to a point; South 74 degrees 12 minutes 59 seconds East a distance of 90.59 feet to a point; South 66 degrees 53 minutes 26 seconds East a distance of 31.24 feet to a point; South 52 degrees 11 minutes 25 seconds East a distance of 40.54 feet to a point; South 36 degrees 37 minutes 11 seconds East a distance of 69.33 feet to a point; South 09 degrees 21 minutes 16 seconds East a distance of 48.93 feet to a point; South 04 degrees 40 minutes 58 seconds East a distance of 82.80 feet to a point; South 15 degrees 07 minutes 34 seconds East a distance of 81.89 feet to a point; South 53 degrees 25 minutes 04 seconds East a distance of 81.54 feet to a point; North 72 degrees 47 minutes 53 seconds East a distance of 88.61 feet to a point; North 43 degrees 08 minutes 23 seconds East a distance of 59.42 feet to a point; North 45 degrees 19 minutes 35 seconds East a distance of 42.44 feet to a point; North 62 degrees 06 minutes 39 seconds East a distance of 55.56 feet to an iron pin set; thence leaving the parallel line along Vickers Road and running along the 1878 contour the following courses and distances:  South 17 degrees 17 minutes 42 seconds East a distance of 98.51 feet to an iron pin set; North 51 degrees 26 minutes 25 seconds East a distance of 150.28 feet to an iron pin set; North 77 degrees 43 minutes 18 seconds East a distance of 84.39 feet to an iron pin set; North 16 degrees 08 minutes 43 seconds East a distance of 76.03 feet to an iron pin set; North 75 degrees 11 minutes 29 seconds East a distance of 110.74 feet to an iron pin set; thence continuing again to run parallel with and following the curvature of Vickers Road the following courses and distances:  South 31 degrees 39 minutes 17 seconds East a distance of 60.60 feet to a point; South 36 degrees 32 minutes 00 seconds East a distance of 68.22 feet to a point; South 39 degrees 56 minutes 19 seconds East a distance of 43.21 feet to a point; South 37 degrees 57 minutes 12 seconds East a distance of 49.28 feet to a point; South 46 degrees 29 minutes 36 seconds East a distance of 39.60 feet to a point; South 57 degrees 12 minutes 25 seconds East a distance of 282.81 feet to a point; South 80 degrees 02 minutes 05 seconds East a distance of 72.61 feet to a point; North 43 degrees 50 minutes 19 seconds East a distance of 81.38 feet to a point; North 03 degrees 49 minutes 37 seconds East a distance of 72.47 feet to a point; North 04 degrees 16 minutes 10 seconds West a distance of 90.91 feet to a point; North 01 degree 41 minutes 18 seconds East a distance of 57.76 feet to a point; North 20 degrees 51 minutes 51 seconds East a distance of 37.72 feet to a point; North 32 degrees 30 minutes 36 seconds East a distance of 85.96 feet to a point; North 32 degrees 11 minutes 28 seconds East a distance of 34.54 feet to a point; North 84 degrees 09 minutes 40 seconds East a distance of 60.98 feet to a point; South 60 degrees 54 minutes 14 seconds East a distance of 96.21 feet to a point; South 50 degrees 43 minutes 18 seconds East a distance of 133.54 feet to a point; South 14 degrees 06 minutes 05 seconds East a distance of 173.86 feet to a point; South 24 degrees 39 minutes 08 seconds East a distance of 31.95 feet to a point; South 39 degrees 51 minutes 26 seconds East a distance of 70.70 feet to a point; South 67 degrees 18 minutes 48 seconds East a distance of 39.34 feet to an iron pin set; thence leaving said parallel line of said Vickers Road and run South 03 degrees 07 minutes 27 seconds West a distance of 122.09 feet to an iron pin set along the land lot line common to Land Lots 6 and 15, said district and county, said iron pin set marking the POINT OF BEGINNING; being designated as Tract 1 and Georgia Power Company Parcel B-78 containing 34.335 acres, more or less, as more particularly shown on that Georgia Power Company Land Department Survey of North Georgia Project-Burton Project Parcels B-74, B-75, B-76 and B-78 (2 pages), as certified by Edwin G. Davidson, Georgia Registered Land Surveyor No. 2586, dated December 4, 1997.

**PAGE 7 OF 22**

**PARCEL 9:**

ALL THAT TRACT OR PARCEL OF LAND lying and being in Land Lot 5, 1st Land District, Rabun County, Georgia, and being more particularly described as follows:

TO FIND THE POINT OF BEGINNING, commence at the corner common to Land Lots 5, 6, 15 and 16, said district and county; run thence along the land lot line common to Land Lots 5 and 6 South 00 degrees 53 minutes 59 seconds East a distance of 846.29 feet to an iron pin set, said iron pin set marking the POINT OF BEGINNING; FROM SAID POINT OF BEGINNING AS THUS ESTABLISHED, thence leaving said common land lot line and run South 07 degrees 58 minutes 48 seconds East a distance of 443.07 feet to an iron pin set; run thence North 88 degrees 09 minutes 13 seconds East a distance of 213.23 feet to an iron pin set; run thence in a line parallel to and following the contours of Vickers Road the following courses and distances: South 59 degrees 26 minutes 02 seconds East a distance of 43.40 feet to a point; South 12 degrees 18 minutes 34 seconds East a distance of 113.80 feet to a point; South 16 degrees 52 minutes 48 seconds East a distance of 48.72 feet to a point; South 08 degrees 04 minutes 15 seconds East a distance of 31.68 feet to a point; South 41 degrees 46 minutes 45 seconds West a distance of 89.60 feet to a point; South 45 degrees 19 minutes 32 seconds West a distance of 56.86 feet to a point; South 50 degrees 20 minutes 27 seconds West a distance of 84.07 feet to a point; South 40 degrees 46 minutes 32 seconds West a distance of 65.63 feet to a point; South 30 degrees 05 minutes 41 seconds West a distance of 36.58 feet to a point; South 20 degrees 35 minutes 56 seconds West a distance of 44.74 feet to a point; South 16 degrees 14 minutes 34 seconds West a distance of 43.11 feet to a point; South 24 degrees 45 minutes 20 seconds West a distance of 30.15 feet to a point; South 52 degrees 56 minutes 03 seconds West a distance of 49.25 feet to a point; South 40 degrees 43 minutes 30 seconds West a distance of 49.64 feet to an iron pin found on the land lot line common to Land Lots 5 and 6, said district and county; run thence along said common land lot line North 00 degrees 53 minutes 59 seconds West a distance of 1,063.04 feet to an iron pin set, said iron pin set marking the POINT OF BEGINNING; being designated as Tract 2 and Georgia Power Company Parcel B-76, containing 3.347 acres, more or less, as shown on that Georgia Power Company Land Department Survey of North Georgia Project-Burton Project Parcels B-74, B-75, B-76 and B-78 (2 pages), as certified by Edwin G. Davidson, Georgia Registered Land Surveyor No. 2586, dated December 29, 1997.

**PARCEL 10:**

ALL THAT TRACT OR PARCEL OF LAND lying and being in Land Lot 5, 1st District, Rabun County, Georgia, and being more particularly described as follows:

TO FIND THE POINT OF BEGINNING, commence at the corner common to Land Lots 5, 6, 15 and 16, said district and county; run thence along the land lot line common to Land Lots 5 and 6 the following courses and distances:  South 00 degrees 53 minutes 59 seconds

**PAGE 8 OF 22**

East a distance of 846.29 feet to an iron pin found; South 00 degrees 53 minutes 59 seconds East a distance of 1,063.04 feet to an iron pin set; South 00 degrees 53 minutes 59 seconds East a distance of 828.39 feet to an iron pin set, said iron pin set marking the POINT OF BEGINNING; FROM SAID POINT OF BEGINNING AS THUS ESTABLISHED, thence leaving said common land lot line and run North 88 degrees 35 minutes 27 seconds East a distance of 37.61 feet to an iron pin set; run thence in a line parallel to and following the contours of Vickers Road the following courses and distances: South 09 degrees 02 minutes 46 seconds East a distance of 35.95 feet to a point; South 05 degrees 30 minutes 15 seconds East a distance of 38.57 feet to a point; South 00 degrees 24 minutes 49 seconds East a distance of 107.68 feet to a point; South 08 degrees 35 minutes 09 seconds East a distance of 80.46 feet to a point; South 05 degrees 55 minutes 42 seconds East a distance of 31.04 feet to a point; South 01 degree 50 minutes 37 seconds West a distance of 35.77 feet to a point; South 06 degrees 18 minutes 03 seconds West a distance of 86.46 feet to a point; South 11 degrees 57 minutes 42 seconds West a distance of 76.76 feet to a point; South 11 degrees 36 minutes 44 seconds West a distance of 132.62 feet to an iron pin set located along the land lot line common to Land Lots 5 and 6, said district and county; thence leaving said line parallel to Vickers Road and run along the common land lot line North 00 degrees 53 minutes 59 seconds West a distance of 617.84 feet to an iron pin set, said iron pin set marking the POINT OF BEGINNING; containing 0.571 acres, more or less, and being designated as Tract 3 and Georgia Power Company Parcel B-76, as shown on that Georgia Power Company Land Department Survey of North Georgia Project-Burton Project Parcels B-74, B-75, B-76 and B-78 (2 pages), as certified by Edwin G. Davidson, Georgia Registered Land Surveyor No. 2586, dated December 29, 1997.

**PAGE 9 OF 22**

LESS AND EXCEPT from the above described property that portion of the property conveyed by that certain Warranty Deed recorded in Deed Book T-18, Page 493, aforesaid Records. **(Lot 10, Unit 1)**

FURTHER LESS AND EXCEPT from the above described property that portion of the property conveyed by that certain Warranty Deed recorded in Deed Book V-18, Page 377, aforesaid Records. **(Lot 6, Block B, Unit 1)**

FURTHER LESS AND EXCEPT from the above described property that portion of the property conveyed by that certain Warranty Deed With Right of Survivorship recorded in Deed Book U-18, Page 421, aforesaid Records. **(Lot 7, Unit B)**

FURTHER LESS AND EXCEPT from the above described property that portion of the property conveyed by that certain Warranty Deed recorded in Deed Book W-18, Page 602, aforesaid Records. **(Lot 12, Block B, Unit 1)**

FURTHER LESS AND EXCEPT from the above described property that portion of the property conveyed by that certain Warranty Deed recorded in Deed Book X-18, Page 439, aforesaid Records. **(Lot 1, Block B, Unit 1)**

FURTHER LESS AND EXCEPT from the above described property that portion of the property conveyed by that certain Warranty Deed recorded in Deed Book Y-18, Page 33, aforesaid Records. **(Lot 9, Block B, Unit 1)**

FURTHER LESS AND EXCEPT from the above described property that portion of the property conveyed by that certain Warranty Deed recorded in Deed Book Y-18, Page 39, aforesaid Records. **(Lot 8, Block D, Unit 1)**

FURTHER LESS AND EXCEPT from the above described property that portion of the property conveyed by that certain Warranty Deed recorded in Deed Book Y-18, Page 559, aforesaid Records. **(Lot 22, Block C, Unit 1)**

FURTHER LESS AND EXCEPT from the above described property that portion of the property conveyed by that certain Warranty Deed recorded in Deed Book Y-18, Page 565, aforesaid Records. **(Lot 7, Block D, Unit 1)**

FURTHER LESS AND EXCEPT from the above described property that portion of the property conveyed by that certain Warranty Deed recorded in Deed Book Z-18, Page 34, aforesaid Records. **(Lot 5, Block B, Unit 1)**

FURTHER LESS AND EXCEPT from the above described property that portion of the property conveyed by that certain Warranty Deed recorded in Deed Book Z-18, Page 40, aforesaid Records. **(Lot 4, Block B, Unit 1)**

FURTHER LESS AND EXCEPT from the above described property that portion of the property conveyed by that certain Warranty Deed recorded in Deed Book B-19, Page 178, aforesaid Records. **(Lot 18, Block C, Unit 1)**

**PAGE 10 OF 22**

FURTHER LESS AND EXCEPT from the above described property that portion of the property conveyed by that certain Warranty Deed recorded in Deed Book E-19, Page 149, aforesaid Records. (Lot 16, Block C, Unit 1)

FURTHER LESS AND EXCEPT from the above described property that portion of the property conveyed by that certain Warranty Deed recorded in Deed Book E-19, Page 361, aforesaid Records. (Lot 11, Block B, Unit 1)

FURTHER LESS AND EXCEPT from the above described property that portion of the property conveyed by that certain Warranty Deed recorded in Deed Book E-19, Page 595, aforesaid Records; as corrected by that certain Corrective Warranty Deed recorded in Deed Book T-23, Page 137, aforesaid Records. (Lot 10, Block C, Unit 1)

FURTHER LESS AND EXCEPT from the above described property that portion of the property conveyed by that certain Warranty Deed recorded in Deed Book E-19, Page 603, aforesaid Records. (Lot 8, Block B, Unit 1)

FURTHER LESS AND EXCEPT from the above described property that portion of the property conveyed by that certain Warranty Deed recorded in Deed Book J-19, Page 598, aforesaid Records. (Lot 6, Block D, Unit 1)

FURTHER LESS AND EXCEPT from the above described property that portion of the property conveyed by that certain Warranty Deed recorded in Deed Book Y-19, Page 185, aforesaid Records. (Lots 4 and 5, Block C)

FURTHER LESS AND EXCEPT from the above described property that portion of the property conveyed by that certain Warranty Deed recorded in Deed Book B-20, Page 50, aforesaid Records. (Lots 9, 10, 11, 12, 13 and 21, Unit 2)

FURTHER LESS AND EXCEPT from the above described property that portion of the property conveyed by that certain Warranty Deed recorded in Deed Book E-20, Page 594, aforesaid Records. (Lot 22, Unit 2)

FURTHER LESS AND EXCEPT from the above described property that portion of the property conveyed by that certain Warranty Deed recorded in Deed Book I-20, Page 645, aforesaid Records. (Lot 13, Block C, Unit 1)

FURTHER LESS AND EXCEPT from the above described property that portion of the property conveyed by that certain Warranty Deed recorded in Deed Book L-20, Page 369, aforesaid Records. (Lot 6, Block G, Unit 1)

FURTHER LESS AND EXCEPT from the above described property that portion of the property conveyed by that certain Warranty Deed recorded in Deed Book R-20, Page 57, aforesaid Records. (Lot 3, Block E, Unit 1)

FURTHER LESS AND EXCEPT from the above described property that portion of the property conveyed by that certain Warranty Deed recorded in Deed Book S-20, Page 400, aforesaid Records; as corrected by that certain Corrective Warranty Deed recorded in Deed Book D-26, Page 155, aforesaid Records; as re-recorded in Deed Book K-26, page 685, aforesaid Records. (Lot 2, Block D, Unit 1)

**PAGE 11 OF 22**

FURTHER LESS AND EXCEPT from the above described property that portion of the property conveyed by that certain Warranty Deed recorded in Deed Book S-20, Page 402, aforesaid Records. **(Lot 2, Block B)**

FURTHER LESS AND EXCEPT from the above described property that portion of the property conveyed by that certain Warranty Deed with Right of Survivorship recorded in Deed Book H-21, Page 387, aforesaid Records. **(Lot 3, Block C)**

FURTHER LESS AND EXCEPT from the above described property that portion of the property conveyed by that certain Warranty Deed with Right of Survivorship recorded in Deed Book L-21, Page 7, aforesaid Records. **(Lot 5, Block D)**

FURTHER LESS AND EXCEPT from the above described property that portion of the property conveyed by that certain Warranty Deed recorded in Deed Book M-21, Page 244, aforesaid Records. **(Lot 3, Block B)**

FURTHER LESS AND EXCEPT from the above described property that portion of the property conveyed by that certain Warranty Deed with Right of Survivorship recorded in Deed Book M-21, Page 381, aforesaid Records. **(Lot 6, Block C)**

FURTHER LESS AND EXCEPT from the above described property that portion of the property conveyed by that certain Warranty Deed with Right of Survivorship recorded in Deed Book W-21, Page 427, aforesaid Records. **(Lots 19 through and including 21, Block C)**

FURTHER LESS AND EXCEPT from the above described property that portion of the property conveyed by that certain Warranty Deed recorded in Deed Book W-21, Page 545, aforesaid Records. **(Lot 11, Block C)**

FURTHER LESS AND EXCEPT from the above described property that portion of the property conveyed by that certain Limited Warranty Deed recorded in Deed Book H-22, Page 403, aforesaid Records. **(Lots 23 and 24)**

FURTHER LESS AND EXCEPT from the above described property that portion of the property conveyed by that certain Warranty Deed with Right of Survivorship recorded in Deed Book M-22, Page 120, aforesaid Records. **(Lot 15, Block C)**

FURTHER LESS AND EXCEPT from the above described property that portion of the property conveyed by that certain Warranty Deed recorded in Deed Book V-22, Page 410, aforesaid Records. **(Lot 8, Block C)**

FURTHER LESS AND EXCEPT from the above described property that portion of the property conveyed by that certain Warranty Deed recorded in Deed Book V-22, Page 412, aforesaid Records. **(Lot 9, Block C)**

FURTHER LESS AND EXCEPT from the above described property that portion of the property conveyed by that certain Warranty Deed with Right of Survivorship recorded in Deed Book X-22, Page 428, aforesaid Records. **(Lot 7, Block C)**

FURTHER LESS AND EXCEPT from the above described property that portion of the property conveyed by that certain Warranty Deed recorded in Deed Book X-22, Page 430, aforesaid Records; as re-recorded in Deed Book A-23, Page 337, aforesaid Records. **(Lot 12, Block C)**

**PAGE 12 OF 22**

FURTHER LESS AND EXCEPT from the above described property that portion of the property conveyed by that certain Warranty Deed with Right of Survivorship recorded in Deed Book M-23, Page 634, aforesaid Records. (Lot 14, Block C)

FURTHER LESS AND EXCEPT from the above described property that portion of the property conveyed by that certain Warranty Deed recorded in Deed Book M-23, Page 645, aforesaid Records. (Lot 1, Block F)

FURTHER LESS AND EXCEPT from the above described property that portion of the property conveyed by that certain Warranty Deed recorded in Deed Book P-23, Page 189, aforesaid Records. (Lot 4, Block A)

FURTHER LESS AND EXCEPT from the above described property that portion of the property conveyed by that certain Warranty Deed recorded in Deed Book P-23, Page 556, aforesaid Records. (Lot 2, Block C)

FURTHER LESS AND EXCEPT from the above described property that portion of the property conveyed by that certain Warranty Deed recorded in Deed Book P-23, Page 565, aforesaid Records. (Lot 1, Block D)

FURTHER LESS AND EXCEPT from the above described property that portion of the property conveyed by that certain Limited Warranty Deed recorded in Deed Book X-24, Page 69, aforesaid Records. (Small strip)

FURTHER LESS AND EXCEPT from the above described property that portion of the property conveyed by that certain Warranty Deed with Right of Survivorship recorded in Deed Book X-24, Page 478, aforesaid Records. (Lot 4, Block D)

FURTHER LESS AND EXCEPT from the above described property that portion of the property conveyed by that certain Warranty Deed with Right of Survivorship recorded in Deed Book Y-24, Page 53, aforesaid Records. (Lot 1, Block E)

FURTHER LESS AND EXCEPT from the above described property that portion of the property conveyed by that certain Warranty Deed with Right of Survivorship recorded in Deed Book Y-24, Page 55, aforesaid Records. (Lot 3, Block A)

FURTHER LESS AND EXCEPT from the above described property that portion of the property conveyed by that certain Warranty Deed recorded in Deed Book W-24, Page 499, aforesaid Records. (Lot 2, Block E)

FURTHER LESS AND EXCEPT from the above described property that portion of the property conveyed by that certain Warranty Deed recorded in Deed Book A-25, Page 260, aforesaid Records. (Lot 3, Block D)

FURTHER LESS AND EXCEPT from the above described property that portion of the property conveyed by that certain Warranty Deed with Right of Survivorship recorded in Deed Book Y-25, Page 150, aforesaid Records. (Lot 10, Block G)

FURTHER LESS AND EXCEPT from the above described property that portion of the property conveyed by that certain Warranty Deed recorded in Deed Book I-26, Page 566, aforesaid Records. (Lot 2, Block F)

FURTHER LESS AND EXCEPT from the above described property that portion of the property conveyed by that certain Warranty Deed recorded in Deed Book K-26, Page 197, aforesaid Records. (Lot 3, 3G, 4, 5, 6, 6G and 7)

FURTHER LESS AND EXCEPT from the above described property that portion of the property conveyed by that certain Warranty Deed recorded in Deed Book P-26, Page 32, aforesaid Records. (Lot 3, Block G)

FURTHER LESS AND EXCEPT from the above described property that portion of the property conveyed by that certain Warranty Deed recorded in Deed Book Q-26, Page 73, aforesaid Records. (Lot 3, Block F)

FURTHER LESS AND EXCEPT from the above described property that portion of the property conveyed by that certain Warranty Deed recorded in Deed Book V-26, Page 26, aforesaid Records. (Lot 8)

FURTHER LESS AND EXCEPT from the above described property that portion of the property conveyed by that certain Warranty Deed recorded in Deed Book J-27, Page 692, aforesaid Records. (Lot 13, Block A)

FURTHER LESS AND EXCEPT from the above described property that portion of the property conveyed by that certain Warranty Deed recorded in Deed Book K-27, Page 218, aforesaid Records. (Lot 8, Block G)

FURTHER LESS AND EXCEPT from the above described property that portion of the property conveyed by that certain Warranty Deed recorded in Deed Book K-27, Page 231, aforesaid Records. (Lot 7, Block G)

FURTHER LESS AND EXCEPT from the above described property that portion of the property conveyed by that certain Warranty Deed recorded in Deed Book L-27, Page 583, aforesaid Records. (Lot 18, Block A)

FURTHER LESS AND EXCEPT from the above described property that portion of the property conveyed by that certain Warranty Deed recorded in Deed Book O-27, Page 236, aforesaid Records. (Lot 6, Block G)

FURTHER LESS AND EXCEPT from the above described property that portion of the property conveyed by that certain Warranty Deed recorded in Deed Book C-28, Page 327, aforesaid Records. (Lot 5, Block G)

FURTHER LESS AND EXCEPT from the above described property that portion of the property conveyed by that certain Warranty Deed with Right of Survivorship recorded in Deed Book T-28, Page 95, aforesaid Records. (Lot 15, Block A)

FURTHER LESS AND EXCEPT from the above described property that portion of the property conveyed by that certain Warranty Deed recorded in Deed Book T-28, Page 151, aforesaid Records. (Lot 2, Block A)

**PAGE 14 OF 22**

FURTHER LESS AND EXCEPT from the above described property that portion of the property conveyed by that certain Warranty Deed recorded in Deed Book U-28, Page 371, aforesaid Records. **(Lot 1, Block V)**

FURTHER LESS AND EXCEPT from the above described property that portion of the property conveyed by that certain Warranty Deed recorded in Deed Book F-29, Page 425, aforesaid Records. **(Lot 9, Block G)**

FURTHER LESS AND EXCEPT from the above described property that portion of the property conveyed by that certain Warranty Deed recorded in Deed Book M-29, Page 172, aforesaid Records. **(Lot 11, Block G)**

FURTHER LESS AND EXCEPT from the above described property that portion of the property conveyed by that certain Warranty Deed recorded in Deed Book N-30, Page 585, aforesaid Records. **(Lot 14, Block V)**

FURTHER LESS AND EXCEPT from the above described property that portion of the property conveyed by that certain Warranty Deed recorded in Deed Book W-30, Page 191, aforesaid Records. **(Lot 2, Block V)**

FURTHER LESS AND EXCEPT from the above described property that portion of the property conveyed by that certain Warranty Deed recorded in Deed Book Z-30, Page 110, aforesaid Records. **(Lot 17, Block A)**

FURTHER LESS AND EXCEPT from the above described property that portion of the property conveyed by that certain Warranty Deed recorded in Deed Book A-31, Page 171, aforesaid Records. **(Lot 12, Block A)**

FURTHER LESS AND EXCEPT from the above described property that portion of the property conveyed by that certain Warranty Deed recorded in Deed Book A-31, Page 333, aforesaid Records. **(Lot 10, Block A)**

FURTHER LESS AND EXCEPT from the above described property that portion of the property conveyed by that certain Warranty Deed recorded in Deed Book A-31, Page 466, aforesaid Records; as corrected by that certain Corrective Warranty Deed recorded in Deed Book P-31, Page 672, aforesaid Records. **(Lot 16, Block A)**

FURTHER LESS AND EXCEPT from the above described property that portion of the property conveyed by that certain Warranty Deed recorded in Deed Book B-31, Page 291, aforesaid Records. **(Lot 15, Block V)**

FURTHER LESS AND EXCEPT from the above described property that portion of the property conveyed by that certain Warranty Deed recorded in Deed Book B-31, Page 293, aforesaid Records. **(Lot 16, Block V)**

FURTHER LESS AND EXCEPT from the above described property that portion of the property conveyed by that certain Warranty Deed recorded in Deed Book C-31, Page 44, aforesaid Records. **(Lot 18, Block V)**

FURTHER LESS AND EXCEPT from the above described property that portion of the property conveyed by that certain Warranty Deed recorded in Deed Book E-31, Page 293, aforesaid Records. (Lot 17, Block V)

FURTHER LESS AND EXCEPT from the above described property that portion of the property conveyed by that certain Warranty Deed recorded in Deed Book G-31, Page 543, aforesaid Records. (Lot 11, Block A)

FURTHER LESS AND EXCEPT from the above described property that portion of the property conveyed by that certain Warranty Deed recorded in Deed Book G-31, Page 545, aforesaid Records. (Lot 6, Block A)

FURTHER LESS AND EXCEPT from the above described property that portion of the property conveyed by that certain Warranty Deed recorded in Deed Book H-31, Page 148, aforesaid Records. (Lot 14, Block A)

FURTHER LESS AND EXCEPT from the above described property that portion of the property conveyed by that certain Warranty Deed recorded in Deed Book I-31, Page 201, aforesaid Records. (Lot 19, Block A)

FURTHER LESS AND EXCEPT from the above described property that portion of the property conveyed by that certain Warranty Deed recorded in Deed Book L-31, Page 93, aforesaid Records.  (Lot 1, Block G)

FURTHER LESS AND EXCEPT from the above described property that portion of the property conveyed by that certain Warranty Deed recorded in Deed Book L-31, Page 695, aforesaid Records. (Lot 5, Block E)

FURTHER LESS AND EXCEPT from the above described property that portion of the property conveyed by that certain Warranty Deed recorded in Deed Book O-31, Page 338, aforesaid Records. (Lot 4, Block E)

FURTHER LESS AND EXCEPT from the above described property that portion of the property conveyed by that certain Warranty Deed recorded in Deed Book N-32, Page 154, aforesaid Records. (Lot 3, Block G)

FURTHER LESS AND EXCEPT FROM THE ABOVE DESCRIBED PROPERTY THE FOLLOWING
PARCEL OF LAND:

TRACT 1:
ALL THAT TRACT OR PARCEL OF LAND containing 12.43 acres (more or
less), lying and being in Land Lot 6 of the 1st Land District, Rabun County,
Georgia as shown upon that certain plat of survey dated December 4, 2002,
prepared by Wayne A. Powers, Georgia Registered Land Surveyor No. 2891, and
recorded in Plat Book 49, Page 155, Clerk's office, Rabun Superior Court, and
being described as follows:

To find the Point of Beginning, commence at the northernmost corner of Lot 3G
of Unit 2, Phase 1 of Waterfall at Lake Burton as shown on that certain Final Plat
recorded at Plat Book 45, pages 176-177, Rabun County Georgia Records and run
thence North 22°34'47" East a distance of 86.99 feet; thence North 60°41'57" East
a distance of 20.00 feet to a point located on the western right of way line of
Waterfall Drive (60' right of way) and the Point of Beginning.

From the Point of Beginning thus established, run thence 27.65' along the arc of a
curve to the right in the western right of way line of Waterfall Drive, said arc
having a radius of 65.00', and being subtended by a chord bearing North 17°06'46"
West, a chord distance of 27.45';
thence North 06°18'42" West, a distance of 173.98';
thence North 09°06'32" West, a distance of 58.45';
thence 58.40' along the arc of a curve to the right, said arc having a radius of
120.00',
and being subtended by a chord bearing North 04°49'59" West, a chord distance
of 57.82';
thence North 18°46'30" East, a distance if 111.76';
thence 54.30' along the arc of a curve to the left, said arc having a radius of
80.00', and being subtended by a chord bearing North 00°40'07" West, a chord
distance of 53.26';
thence departing the right-of-way of Waterfall Drive and running thence 62.66'
along the arc of a curve to the left, said arc having a radius of 135.00', and being
subtended by a chord bearing South 43°18'24" West, a distance of 62.10';
thence 93.16' along the arc of a curve to the right, said arc having a radius of
265.00', and being subtended by a chord bearing South 40°04'54" West, a chord
distance of 92.68';
thence South 50°09'10" West, a distance of 56.83';
thence South 48°46'00" West, a distance of 212.06';
thence North 74°16'27" West, distance of 270.72';
thence South 14°55'43" West, a distance of 118.40';
thence South 75°13'37" East, a distance of 136.13';
thence South 19°43'09" West, a distance of 80.64';
thence South 43°21'25" West, a distance of 112.89';
thence South 16°15'36" East, a distance of 119.04';
thence North 20°10'08" East, a distance of 212.88';
thence South 85°57'16" East, a distance of 132.23';
thence 62.48' along the arc of a curve to the right, said arc having a radius of
63.00', and being subtended by a chord bearing North 28°31'07"West, a chord
distance of 59.95'; thence North 03°49'54" East, a distance of 127.12';
thence North 83°33'52" West, a distance of 300.68';
thence South 86°53'06" West, a distance of 140.23';
thence South 02°12'24" East, a distance of 90.57';
thence South 02°12'24" East, a distance of 38.06';
thence South 06°56'07" East, a distance of 99.61';
thence South 10°23'28" East, a distance of 223.80';
thence North 86°53'06" East, a distance of 159.24' to the eastern right-of-way line
of Village Path Drive (r/w varies - not less than 30') and continuing along such
eastern and northern right-of-way line the following courses and distances: north
75 57'37" east, a distance of 27.42';
thence south 09 40'12" east, a distance of 70.99';

**PAGE 17 OF 22**

thence 67.21' along the arc of a curve to the left, said arc having a radius of 75.00', and

being subtended by a chord bearing south 34 46'14" east, a chord distance of 64.98';

thence south 60 26'32" east, a distance of 51.37';

thence 47.36' along the arc of a curve to the left, said arc having a radius of 72.00', and

being subtended by a chord bearing south 79 17'12" east, a chord distance of 46.51';

thence north 82 25'27" east, a distance of 99.78';

thence north 81 06'01" east, a distance of 80.25';

thence 4.22' along the arc of a curve to the right, said arc having a radius of 500.00', and

being subtended by a chord bearing north 79 42'45" east, a chord distance of 24.21';

thence 30.79' along the arc of a curve to the left, said arc having a radius of 2267.99', and

being subtended by a chord bearing north 77 56'34" east, a chord distance of 30.79';

thence 61.26' along the arc of a curve to the left, said arc having a radius of 567.39', and

being subtended by a chord bearing north 76 42'05" east, a chord distance of 61.23';

thence 46.59' along the arc of a curve to the right, said arc having a radius of 182.84',

and being subtended by a chord bearing north 82 38'23" east, a chord distance of 46.46';

thence north 89 56'19" east, a distance of 104.23';

thence 35.47' along the arc of a curve to the left, said arc having a radius of 173.20', and

being subtended by a chord bearing north 84 04'17" east, a chord distance of 35.41';

thence departing the right-of-way of Village Path and running thence north 25 45'45" west, a distance of 37.00';

thence north 72 36'21" east, a distance of 60.00';

thence north 44 52'24" east, a distance of 89.62';

thence north 38 29'07" east, a distance of 60.94';

thence north 44 52'02" east, a distance of 107.01';

thence north 30 00'38" east, a distance of 60.10';

thence north 22 34'47" east, a distance of 86.99';

thence north 60 41'57" east, a distance of 20.00' to a point on the western right-of-way line of Waterfall Drive and the Point of Beginning.

The aforementioned tract or parcel is subject to the Declaration of Covenants, Conditions and Restrictions for Waterfall at Lake Burton dated April 16, 1999 and recorded in Book S-18, Pages 309-342, Clerk's Office Rabun Superior Court as amended by First Amendment thereto dated June 15, 1999, recorded at Deed Book X18, Page 442, of said records, and any and all amendments or modifications thereto of record.

The property herein conveyed is subject to a 10 foot easement around all property lines for future utilities and drainage.

The property herein conveyed is subject to that 10' landscape and pedestrian easement as shown upon the above-referenced plat of survey.

Further, the property herein conveyed is subject to that certain Trust Indenture from Lake Burton Development, LLC to Waterfall Property Owners Association, Inc. dated April 10, 2001, recorded in Deed Book S-20, Page 565, Clerk's Office, Rabun Superior Court, and pertaining to the sewer system of Waterfall of Lake Burton.

**PAGE 18 OF 22**

Further, the property herein conveyed is subject to that certain Trust Indenture from Lake Burton Development, LLC to Waterfall Property Owners Association, Inc. dated April 10, 200, recorded in Deed Book R-20, Page 462, Clerk's office, Rabun Superior Court, and pertaining to the utility system of Waterfall of Lake Burton.

The property herein conveyed is subject to, if any, the rights of others to use that road which crosses portions of the northern boundary of the above-described 12.43 acre tract as same is shown upon the above-referenced plat of survey.

Conveyed herewith are any and all benefits and rights pertaining to the sewer and utility system of Waterfall at Lake Burton as same pertain to the property herein conveyed.

Conveyed herewith is a non-exclusive, perpetual easement for ingress and egress over and across those subdivision roads of Waterfall at Lake Burton from the US Highway 76 – Georgia Highway No. 2 to the above-described property herein conveyed.

## FURTHER LESS AND EXCEPT FROM THE ABOVE DESCRIBED PROPERTY THE FOLLOWING PARCEL OF LAND:

TRACT 2:
ALL THAT TRACT OR PARCEL OF LAND containing 5.76 acres (more or less), lying and being in Land Lots 6 of the 1st District and Land Lot 91 of the 5th District, Rabun County Georgia as shown upon that particular plat of survey dated November 25, 2002, prepared by Wayne A. Powers, Georgia Registered Land Surveyor #2891, and recorded in Plat Book 49, Page-154, Clerk's office, Rabun Superior Court, and being described as follows:

Beginning at the intersection of the northern right-of-way line of U.S. Route 76 (variable r/w) and the eastern boundary of Land Lot 91 of the 5th District, Rabun County, Georgia and running thence 75.12' along the arc of a curve to the left in the northern right0of-way line of U.S. Rout 76, said arc having a radius of 552.46', and being subtended by a chord bearing South 89°13'00" West a chord distance of 75.06' to a point; thence North 04°40'43" West, along the northern right-of-way line of U.S. Route 76, a distance of 25.00' to a point;
thence 1112.57' along the arc of a curve tot eh left in the northern right-of-way line of U.S. Route 76, said arc having a radius of 577.46' and bing subtended by a chord bearing South 79°44'13" West, a chord distance of 112.39" to a point; thence departing the northern right-of-way line of U.S. Route 76 and running North 02°44'34" West, a distance of 85.37' to a point;
thence North 00°02'15" West, a distance of 129.52 to a point;
thence 14.40 along the arc of a curve to the right, said arc having a radius of 100.00' and being subtended by a chord bearing South 72°34'38" West, a chord distance of 14.39' to a point;
thence South 76°42'09" West, a distance of 82.11 to a point;
thence 54.40' along the arc of a curve tot he right, said arc having a radius of 60.24' and bing subtended by a chord bearing North 77°25'40" West, a chord distance of 52.57' to a point located on the southern right-of-way line of Magnolia Place (40' r/w) and running thence along the right-of-way line of Magnolia Place and following courses and distance: 35.31 ' along the arc of a curve to the left, said arc having a radius of 1520.00' and being subtended by a chord bearing North 59°49'54" East a chord distance of 35.31' to a point; thence 51.51' along the arc of a curve to the left, said arc having a radius of 1520.00'and being subtended by a chord bearing North 58°11'43" East, a chord distance of 51.51' to a point;
thence 33.06' along the arc of a curve to the left, said arc having a radius of 420.00' and bing subtended by a chord bearing North 54°58'10" East, a chord distance of 33.05' to a point;
thence 24.73' along the arc of a curve to the right, said arc having a radius of 30.00' and being subtended by a chord bearing North 76°19'30" East, a chord distance of 24.03'; thence 246.40 along the arc of a curve to the left, said arc having a radius of 50' and being subtended by a chord bearing North 41°14'28"

**PAGE 19 OF 22**

West, a chord distance of 62.69' to a point;
thence 29.46' along the arc of a curve to the right, said arc having a radius of
30.00' and being subtended by a chord bearing South 25°42'53" West, a chord
distance of 28.29' to a point;
thence 22.40 along the arc of a curve to the right, said arc having a radius of
380.00' and being subtended by a chord bearing South 55°32'09" West, a chord
distance of 22.40' to a point;
thence 206.81' along the arc of a curve tot he right, said arc having a radius of
1480.00' and bing subtended by a chord bearing South 61°13'40" West, a chord
distance of 206.64' to a point;
thence 48.32' along the arc of a curve to the right, said arc having a radius of
1480.00' and being subtended by a chord bearing South 66°09'59" West, a chord
distance of 48.32' to a point;
thence 148.29' along the arc of a curve to the right, said arc having a radius of
1480.00' and being subtended by a chord bearing South 69°58'19" West, a chord
distance of 148.22' to a point;
thence departing the northern right-of-way line of Magnolia Place and running
thence North 17°31'24" East, a distance of 20.88';
thence North 28°44'37"East, a distance of 23.39';
thence North 53°04'41" East, a distance of 43.61';
thence North 20°31'48" East, a distance of 72.11';
thence North 14°59'09" West, a distance of 38.01;'
thence North 07°57'58" East, a distance of 31.00';
thence North 33°29'41" East, a distance of 40.29';
thence North 13°22'08" East, a distance of 56.02';
thence North 36°33'05" East, a distance of 136.83';
thence North 51°02'58" East, a distance of 100.34';
thence North 32°51'35" East, a distance of 89.30';
thence North 42°34'18" East, a distance of 95.78';
thence South 63°26'31" East, a distance of 24.00';
thence South 73°14'07" East, a distance of 18.88';
thence South 05°01'37" West, a distance of 99.16';
thence South 12°22'00" West, a distance of 50.23';
thence South 05°18'07" East, a distance of 169.04';
thence North 44°54'25" East, a distance of 151.70';
thence North 51°14'19" East, a distance of 143.84';
thence North 89°41'15" East, a distance of 131.10' to a point located on the
common boundary line between Land Lots 5 and 6 of the 1st Land District , Rabun
County, Georgia and rnning thence along such boundary line South 00°55'00"
East, a distance of 654.15 to a point located on the northern right-of-way line of
U. S. Route 76 (variable r/w) and the Point of Beginning.

## FURTHER LESS AND EXCEPT FROM THE ABOVE DESCRIBED PROPERTY THE FOLLOWING PARCEL OF LAND:

All interest in that certain tract or parcel of land lying and being in Land Lot 6 of
the First Land District of Rabun County, Georgia, being Lot 17 of Unit 1,
Block C of Waterfall at Lake Burton, containing 1.53 acre more or less, said lot
being located on the road known as Waterfall Drive North, and more particularly
described upon that certain plat of survey dated April 13, 1999, by Leonida J.
Sears, III, Georgia Registered Land Surveyor No. 2628, said plat recorded in Plat
Book 42, Page 222-226, Clerk's Office Rabun Superior Court, reference to said
plat being for the express purpose of incorporating its description herein.

**FURTHER LESS AND EXCEPT FROM THE ABOVE DESCRIBED PROPERTY THE FOLLOWING PARCEL OF LAND:**

All that tract or parcel of land lying and being in Land Lot 6 of the First Land District of Rabun County, Georgia and being Phase 1 Waterfall Villas, containing 0.54 acre as same is more particularly described upon that certain plat of survey dated January 18, 2005, prepared by William F. Rolader, Georgia Registered Land Surveyor No. 2042, and recorded in Plat Book 54, Page 49, Clerk's office, Rabun Superior Court. Reference is hereby had and made to said plat of survey for the purpose of incorporating same herein for a full and complete description of the property herein conveyed.

Conveyed herewith is a non-exclusive, perpetual easement for ingress and egress over and across the subdivision roads of Waterfall at Lake Burton.

Further, conveyed herewith is a non-exclusive, perpetual easement for the use, maintenance and repair of the water and sewer system and lines serving the above-described property and that property adjacent to same.

**FURTHER LESS AND EXCEPT FROM THE ABOVE DESCRIBED PROPERTY THE FOLLOWING PARCEL OF LAND:**

ALL THAT TRACT OR PARCEL OF LAND lying and being in Land Lot 6 of the 1st Land District, Rabun County, Georgia and being Lot 4, containing 0.32 acres of Block G, Unit 1 of Waterfall at Lake Burton, as more particularly described upon that certain plat of survey dated December 17, 2003, last revised November 15, 2004 prepared by William F. Rolader, Georgia Registered Land Surveyor No. 2042 and recorded in Plat Book 53, Page 215, Clerk's office, Rabun Superior Court. Reference is hereby had and made to said plat of survey for the purpose of incorporating same herein for a full and complete description of the property herein conveyed.

**PAGE 21 OF 22**

**TRACT B:**

All that tract or parcel of land lying and being in Land Lot 6 of the First Land District of Rabun County, Georgia and being that Parking Tract, containing 0.62 acre as same is more particularly described upon that certain plat of survey dated January 18, 2005, prepared by William F. Rolador, Georgia Registered Land Surveyor No. 2042, and recorded in Plat Book 54, Page 50, Clerk's office, Rabun Superior Court. Reference is hereby had and made to said plat of survey for the purpose of incorporating same herein for a full and complete description of the property herein conveyed.

**TRACT C:**

All that tract or parcel of land lying and being in Land Lot 6 of the First Land District of Rabun County, Georgia and being that Club House Tract, containing 0.60 acre as same is more particularly described upon that certain plat of survey dated January 18, 2005, prepared by William F. Rolador, Georgia Registered Land Surveyor No. 2042, and recorded in Plat Book 54, Page 51, Clerk's office, Rabun Superior Court. Reference is hereby had and made to said plat of survey for the purpose of incorporating same herein for a full and complete description of the property herein conveyed.

## SCHEDULE 1.1(c)

### LEGAL DESCRIPTION
### OF WATER AND SEWER LAND

That portion of the following real property designated by Buyer as the "Water and Sewer Land":

[See attached]

EXHIBIT "A"

**TRACT A:**

**Parcel One:**

All that tract or parcel of land lying and being in Land Lot 6 of the First (1st) District of Rabun County, Georgia, containing 6.16 acres, more or less, and being Lot 40 as shown on plat of subdivision known as "Chinkapin At Burton", and "Burton Mountain" recorded in Plat Book 26, Page 52, Rabun County, Georgia records.

**Parcel Two:   LOT 43A - BURTON MOUNTAIN**

Being part of the property lying in Land Lot 6 of the First (1st) District of Rabun County, Georgia, and being part of Lot 43 as shown on a plat of subdivision entitled "Burton Mountain", prepared by Lamar Edwards & Associates, Inc. dated November 15, 1988, and being more particularly described as follows:

To find the True Point of Beginning, commence at the common corner of Land Lots 5, 6, 15 and 16 of the aforesaid District; thence, leaving said point and running with the North line of said Land Lot 6, North 85° 32' 36" East, 2681.46 Feet; thence, leaving the said line of Land Lot 6 and running with the Easterly line of the aforesaid Burton Mountain Subdivision, South 14° 18' 02" West, 823.10 feet to The True Point of Beginning of the below described property, said point also being the Northeasterly most corner of aforesaid Lot 43, thence, leaving the said True Point of Beginning and continuing with the said line of Lot 43

1.   South 14° 18' 02" West, 476.90 feet; thence, leaving the said line of Lot 43 and running
2.   North 52° 08' 32" West, 186.34 feet; thence,
3.   North 41° 41' 54" East, 209.88 feet; thence,
4.   North 36° 36' 33" East, 100.00 feet; thence,
5.   North 06° 43' 35" East, 100.00 feet; thence,
6.   North 77° 59' 56" East, 55.17 Feet to the point of beginning, containing 39,157 square feet or 0.8989 of an acre of land, more or less.

**PAGE 1 OF 22**

**PARCEL 3:**

All that tract or parcel of land lying and being in Land Lot 6 of the First District of Rabun County, Georgia, being 289.41 acres according to plat of survey for William B. Johnson prepared by William F. Rolader, Georgia Registered Professional Land Survey or No. 2042, dated September 10, 1990, as revised September 22, 1992, which said plat of survey is incorporated herein by this reference and made a part of this description, and being more particularly described as follows:

Beginning at the common corner of Land Lots 6, 5, 16 and 15 of the First District of Rabun County, Georgia; thence running south 03 degs. 26' west, along the line dividing Land Lots 6 and 5, 4,438.29 feet to a point at the line dividing the First and Fifth Districts; thence running north 87 degs. 14' west, along the line dividing the First and Fifth Districts, 1,042.55 feet to a point on the northerly right of way line of U.S. Highway 76; thence running north 85 degs. 38' west, along the northerly line of U.S. Highway 76 186.95 feet, on the arc of a curve to the left having a radius of 175 feet, and an arc length of 197.22 feet to a point; thence running south 61 degs. 17' west, along the northerly right of way line of U.S. Highway 76, 10 feet to a point on the line dividing the First and Fifth Districts; thence running north 87 degs. 14' west, along the line dividing the First and Fifth Districts, 659.35 feet to a point on the northerly right of way of U.S. Highway 76; thence continuing along the right of way line of U.S. Highway 76 the following courses and distances: north 76 degs. 17' west, 203.41 feet to a point; thence north 13 degs. 41' east, 19.96 feet to a point; thence north 42 degs. 21' west, 527.98 feet, on the arc of a curve to the left having a radius of 472.96 feet, and an arc length of 560.12 feet to a point; thence north 12 degs. 16' east, 81.55 feet to a point; thence running north 11 degs. 57' west, 194.49 feet, on the arc of a curve to the left having a radius of 265.07 feet, and an arc length of 199.14 feet to a point; thence running north 01 degs. 16' west, 18.07 feet to a point; thence running north 04 degs. 19' west, 96.26 feet, on the arc of a curve having a radius of 1,292.85 feet, and an arc length of 96.27 feet to a point; thence running north 12 degs. 26' west, 269.07 feet, on the arc of a curve to the left having a radius of 1,292.85 feet, and an arc length of 269.56 feet to a point; thence running south 74 degs. 28' west, 33.92 feet to a point; thence running north 17 degs. 41' west, 226.94 feet on the arc of a curve to the left having a radius of 1,243.21 feet, and an arc length of 227.26 feet to a point; thence running north 27 degrees, 34 minute west, 78.32 feet to a pont; thence running north 34 degs. 0' west, 166.60 feet on the arc of a curve to the left a radius of 394.28 feet, and an arc length of 167.86 feet to a pont; thence running north 61 degs. 37' west, 415.56 feet to a point on the easterly line of property conveyed by Ida Sheffield Deal to Parker, Griffin & Martin Land, Inc. under deed recorded in Deed Book H-11, Page 507, of the Rabun County, Georgia Deed Records; thence running north 14 degs. 18' east, 2,920.83 feet to a point on the line dividing Land Lots 6 and 15; thence running south 85 degs. 33' east, along the line dividing Land Lots 15 and 6, a distance of 2,681.44 feet to the Point of Beginning.

**PAGE 2 OF 22**

**PARCEL 4:**

All that tract or parcel of land lying and being in Land Lot 6 of the 1st Land District and Land Lot 91 of the 5th Land District, Rabun County, Georgia, being more particularly described as follows: Beginning at a concrete right of way monument marking the intersection of the right of way line of old U.S. Highway No. 76 and the new right of way line; thence along the proposed new right of way line of U.S. Highway No. 76, North 76 degs. 43'13" West, a distance of 435.41 feet to a concrete right of way monument at the intersection of the right of way line of Old U.S. Hwy. 76 and the new right of way line; thence following the old right of way line of U.S. Hwy. No. 76 the following courses: North 61 degs. 17'00" East a distance of 184.19 feet to an iron pin; thence North 61 degs.17'00" East a distance of 10.00 feet to a point; thence around an arc which has a radius of 175.00 feet in a clockwise direction 365.81 feet to a point; thence south 07 degs. 16'00" west, a distance of 35.00 feet to the point of beginning. Said parcel contains 1.19 acres.

**PARCEL 5:**

All that tract or parcel of land situate, lying and being in Land Lot 90 of the 5th Land District of Rabun County, Georgia, and being more particularly described as follows: Beginning on the dividing line common to Land Lot 6, 1st Land District and Land Lot 90, 5th Land District, Rabun County, Georgia at a point 1042.55 feet as measured North 87 degs. 14'17" West along said dividing line from a 10 inch chestnut oak tree found at the land lot corner common to Land Lots 5 and 6, 1st Land District and Land Lots 90 and 91, 5th Land District, Rabun County, Georgia; thence from said Point of Beginning South 06 degs. 39'22" West 8.26 feet to a point; thence South 20 degs. 29'58" West 56.13 feet to a point; thence South 20 degs. 55'01" West 24.01 feet to the Northeast right-of-way line of U.S. Highway No. 76; thence North 22 degs. 20' 25" West along said Northeast right-of-way line 29.19 feet to a point; thence North 20 degs. 55' 01" East 2.68 feet to a point; thence North 20 degs. 29'58" East 53.62 feet to a point; thence North 06 degs. 39'22" East 4.46 feet to the dividing line common to Land Lot 6, 1st Land District and Land Lot 90, 5th Land District, Rabun County, Georgia; thence South 87 degs. 14'17" East 20.05 feet to the Point of Beginning, said tract containing 0.03 acres, more or less.

The above described tract of land is a portion of that larger tract of land more particularly described in a Warranty Deed dated September 1917 from J. E. Harvey to Georgia Railway & Power Company, recorded in Deed Book A-2, Page 39, and on file in the Office of the Clerk of Superior Court, Rabun County, Georgia, and shown on a plat, prepared by William F. Rolader, Registered Land Surveyor No. 2042, entitled Survey for William B. Johnson dated September 24, 1992, revised October 15, 1992, Drawing No. 90-204, and on file in the Offices of Georgia Power Company, Land Department.

**PAGE 3 OF 22**

**PARCEL 6:**

ALL THAT TRACT OR PARCEL OF LAND lying and being in Land Lot 91, 5th District, Rabun County, Georgia, and being more particularly described as follows:

TO FIND THE POINT OF BEGINNING, commence at a 10" chestnut oak located at the intersection of the corner common to Land Lots 5 and 6, 1st District, Rabun County, Georgia, along the district lines common to the 1st and 5th Districts, Rabun County, Georgia; run thence along said common district line North 87 degrees 14 minutes 17 seconds West a distance of 1,042.55 feet to a point; thence leaving said common district line and run along the arc of a curve to the left (said arc being subtended by a chord bearing North 85 degrees 38 minutes 15 seconds West having a chord distance of 186.95 feet) an arc distance of 197.22 feet to a point; run thence North 61 degrees 17 minutes 00 seconds East a distance of 10.00 feet to a point located on the common district line of the 1st and 5th District, said county, said point marking the POINT OF BEGINNING; FROM SAID POINT OF BEGINNING AS THUS ESTABLISHED, run thence South 61 degrees 17 minutes 00 seconds West a distance of 185.23 feet to a point; run thence North 76 degrees 18 minutes 24 seconds West a distance of 170.00 feet to a point; run thence along the arc of a curve to the left (said arc being subtended by a chord bearing North 76 degrees 23 minutes 08 seconds West having a chord distance of 152.95 feet and a radius of 103.24 feet) an arc distance of 172.21 feet to a point; run thence North 76 degrees 16 minutes 33 seconds West a distance of 187.70 feet to a point located along the district line common to the 1st District and 5th District, Rabun County, Georgia; run thence along said common district line South 87 degrees 14 minutes 17 seconds East a distance of 659.35 feet to a point, said point marking the POINT OF BEGINNING; being designated as Tract 2, containing 0.65 acres, more or less, as shown on that certain survey for William B. Johnson, certified by William F. Rolader, Georgia Registered Land Surveyor No. 2042, dated September 24, 1992.

**PARCEL 7:**

ALL THAT TRACT OR PARCEL OF LAND lying and being in Land Lot 91, 5th District, Rabun County, Georgia, and being more particularly described as follows:

BEGINNING at a 10" chestnut oak located at the intersection of the corner common to Land Lots 5 and 6, 1st District, Rabun County, Georgia, along the district lines common to the 1st District and 5th District, Rabun County, Georgia; thence leaving said POINT OF BEGINNING and run South 03 degrees 26 minutes 00 seconds West a distance of 67.51 feet to a point; run thence along the arc of a curve to the left (said arc being subtended by a chord bearing North 86 degrees 10 minutes 21 seconds West having a chord distance of 74.67 feet and a radius of 536.66 feet) an arc distance of 74.73 feet to a point; run thence North 00 degrees 09 minutes 34 seconds West a distance of 23.87 feet to a point; run thence along the arc of a curve to the left (said arc being subtended by a chord bearing South 84 degrees 09 minutes 14 seconds West having a chord distance of 111.09 feet and a radius of 560.53 feet) an arc distance of 111.28 feet to a point; run thence South 78 degrees 39 minutes 57 seconds West a distance of 341.02 feet to a point; run thence South 13 degrees

**PAGE 4 OF 22**

39 minutes 33 seconds East a distance of 20.24 feet to a point; run thence along the arc of a curve to the right (said arc being subtended by a chord bearing North 89 degrees 30 minutes 03 seconds West having a chord distance of 456.69 feet and a radius of 1,084.00) an arc distance of 460.14 feet to a point; run thence North 07 degrees 16 minutes 28 seconds East a distance of 35.00 feet to a point; run thence along the arc of a curve to the left (said arc being subtended by a chord bearing North 25 degrees 25 minutes 18 seconds West having a chord distance of 163.94 feet and a radius of 175.00 feet) an arc distance of 170.62 feet to a point located along the district line common to the 1st District and 5th District, Rabun County, Georgia; run thence along said common district line South 87 degrees 14 minutes 17 seconds East a distance of 1,042.55 feet to a 10" chestnut oak located along the line common to Land Lots 5 and 6, said 1st District, Rabun County, Georgia, said chestnut marking the POINT OF BEGINNING; being designated as Tract 3, containing 3.00 acres, more or less, and being more particularly described on that certain survey for William B. Johnson, certified by William F. Rolader, Georgia Registered Land Surveyor No. 2042, dated September 24, 1992.

**LESS AND EXCEPT FROM PARCEL 7:**

ALL THAT TRACT OR PARCEL OF LAND situate, lying and being in Land Lot 91 of the 5th Land District of Rabun County, Georgia, and being more particularly described as follows:  BEGINNING on the dividing line common to Land Lot 6, 1st Land District, and Land Lot 91, 5th Land District, Rabun County, Georgia, at a point 1042.55 feet as measured North 87 degrees 14 minutes 17 seconds West along said dividing line from a 10 inch chestnut oak tree found at the land lot corner common to Land Lots 5 and 6, 1st Land District, and Land Lot 91, 5th Land District, Rabun County, Georgia; thence from said POINT OF BEGINNING South 06 degrees 39 minutes 22 seconds West 8.25 feet to a point; thence South 20 degrees 29 minutes 58 seconds West 56.13 feet to a point; thence South 20 degrees 55 minutes 01 second West 24.01 feet to the Northeast right-of-way line of U.S. Highway No. 76; thence North 22 degrees 20 minutes 25 seconds West along said Northeast right-of-way line 29.19 feet to a point; thence North 20 degrees 55 minutes 01 second East 2.68 feet to a point; thence North 20 degrees 29 minutes 58 seconds East 53.62 feet to a point; thence North 06 degrees 39 minutes 22 seconds East 4.46 feet to the dividing line common to Land Lot 6; 1st Land District, and Land Lot 91, 5th Land District, Rabun County, Georgia; thence South 87 degrees 14 minutes 17 seconds East 20.05 feet to the POINT OF BEGINNING, said tract containing 0.03 acres, more or less, as all shown on a plat, prepared by William F. Rolader, Registered Land Surveyor No. 2042, entitled Survey for William B. Johnson dated September 24, 1992, revised October 13, 1992, Drawing No. 90-20.

**PAGE 5 OF 22**

**PARCEL 8:**

ALL THAT TRACT OR PARCEL OF LAND lying and being in Land Lot 15, 1st District, Rabun County, Georgia, and being more particularly described as follows:

TO FIND THE POINT OF BEGINNING, commence at an iron pin found at the corners common to Land Lots 5, 6, 15 and 16, said district and county; run thence along the land lot line common to Land Lots 6 and 15 North 89 degrees 52 minutes 26 seconds West a distance of 670.08 feet to an iron pin set, said iron pin set marking the POINT OF BEGINNING; FROM SAID POINT OF BEGINNING AS THUS ESTABLISHED, thence continue along said common land lot line the following courses and distances: North 89 degrees 52 minutes 26 seconds West a distance of 2,011.58 feet to an iron pin found; North 89 degrees 53 minutes 17 seconds West a distance of 1,218.64 feet to an aluminum monument U.S.A. Cor. No. 160; thence leaving said common land lot line and run North 19 degrees 29 minutes 57 seconds East a distance of 212.31 feet to a point; run thence North 22 degrees 14 minutes 23 seconds East a distance of 150.98 feet to a point; run thence North 31 degrees 27 minutes 59 seconds East a distance of 241.96 feet to a point; run thence North 19 degrees 13 minutes 11 seconds East a distance of 229.43 feet to a point; run thence North 02 degrees 49 minutes 46 seconds West a distance of 173.49 feet to an iron pin set, said iron pin set being located South 02 degrees 49 minutes 25 seconds East a distance of 87.01 feet from U.S.A. Cor. No. 159 and 65 feet from the centerline of Vickers Road; running thence in a line running parallel to and following the contours of Vickers Road the following courses and distances: South 76 degrees 44 minutes 53 seconds East a distance of 35.60 feet to a point; North 83 degrees 57 minutes 58 seconds East a distance of 55.39 feet to a point; North 73 degrees 53 minutes 48 seconds East a distance of 52.80 feet to a point; North 89 degrees 44 minutes 39 seconds East a distance of 14.92 feet to a point; South 71 degrees 40 minutes 41 seconds East a distance of 40.09 feet to a point; South 36 degrees 20 minutes 33 seconds East a distance of 17.87 feet to a point; South 18 degrees 50 minutes 40 seconds East a distance of 165.46 feet to a point; South 05 degrees 29 minutes 32 seconds West a distance of 57.16 feet to a point; South 05 degrees 00 minutes 23 seconds East a distance of 49.36 feet to a point; South 30 degrees 04 minutes 59 seconds East a distance of 50.54 feet to a point; South 35 degrees 53 minutes 41 seconds East a distance of 172.39 feet to a point; South 50 degrees 20 minutes 14 seconds East a distance of 53.24 feet to a point; South 81 degrees 40 minutes 58 seconds East a distance of 61.85 feet to a point; North 51 degrees 22 minutes 14 seconds East a distance of 62.81 feet to a point; North 30 degrees 44 minutes 21 seconds East a distance of 72.57 feet to a point; North 75 degrees 31 minutes 14 seconds East a distance of 83.41 feet to a point; North 69 degrees 19 minutes 03 seconds East a distance of 35.20 feet to a point; North 61 degrees 58 minutes 33 seconds East a distance of 76.44 feet to a point; North 55 degrees 00 minutes 50 seconds East a distance of 70.23 feet to a point; North 63 degrees 50 minutes 50 seconds East a distance of 38.25 feet to a point; North 75 degrees 56 minutes 44 seconds East a distance of 27.52 feet to a point; North 82 degrees 40 minutes 04 seconds East a distance of 25.28 feet to a point; South 88 degrees 24 minutes 03 seconds East a distance of 31.17 feet to a point; South 81 degrees 50 minutes 51 seconds East a distance of 68.48 feet to a point; South 72 degrees 23 minutes 17 seconds

**PAGE 6 OF 22**

East a distance of 106.37 feet to a point; South 74 degrees 12 minutes 59 seconds East a distance of 90.59 feet to a point; South 66 degrees 53 minutes 26 seconds East a distance of 31.24 feet to a point; South 52 degrees 11 minutes 25 seconds East a distance of 40.54 feet to a point; South 36 degrees 37 minutes 11 seconds East a distance of 69.33 feet to a point; South 09 degrees 21 minutes 16 seconds East a distance of 48.93 feet to a point; South 04 degrees 40 minutes 58 seconds East a distance of 82.80 feet to a point; South 15 degrees 07 minutes 34 seconds East a distance of 81.89 feet to a point; South 53 degrees 25 minutes 04 seconds East a distance of 81.54 feet to a point; North 72 degrees 47 minutes 53 seconds East a distance of 88.61 feet to a point; North 43 degrees 08 minutes 23 seconds East a distance of 59.42 feet to a point; North 45 degrees 19 minutes 35 seconds East a distance of 42.44 feet to a point; North 62 degrees 06 minutes 39 seconds East a distance of 55.56 feet to an iron pin set; thence leaving the parallel line along Vickers Road and running along the 1878 contour the following courses and distances:  South 17 degrees 17 minutes 42 seconds East a distance of 98.51 feet to an iron pin set; North 51 degrees 26 minutes 25 seconds East a distance of 150.28 feet to an iron pin set; North 77 degrees 43 minutes 18 seconds East a distance of 84.39 feet to an iron pin set; North 16 degrees 08 minutes 43 seconds East a distance of 76.03 feet to an iron pin set; North 75 degrees 11 minutes 29 seconds East a distance of 110.74 feet to an iron pin set; thence continuing again to run parallel with and following the curvature of Vickers Road the following courses and distances:  South 31 degrees 39 minutes 17 seconds East a distance of 60.60 feet to a point; South 36 degrees 32 minutes 00 seconds East a distance of 68.22 feet to a point; South 39 degrees 56 minutes 19 seconds East a distance of 43.21 feet to a point; South 37 degrees 57 minutes 12 seconds East a distance of 49.28 feet to a point; South 46 degrees 29 minutes 36 seconds East a distance of 39.60 feet to a point; South 57 degrees 12 minutes 25 seconds East a distance of 282.81 feet to a point; South 80 degrees 02 minutes 05 seconds East a distance of 72.61 feet to a point; North 43 degrees 50 minutes 19 seconds East a distance of 81.38 feet to a point; North 03 degrees 49 minutes 37 seconds East a distance of 72.47 feet to a point; North 04 degrees 16 minutes 10 seconds West a distance of 90.91 feet to a point; North 01 degree 41 minutes 18 seconds East a distance of 57.76 feet to a point; North 20 degrees 51 minutes 51 seconds East a distance of 37.72 feet to a point; North 32 degrees 30 minutes 36 seconds East a distance of 45.96 feet to a point; North 32 degrees 11 minutes 28 seconds East a distance of 34.54 feet to a point; North 84 degrees 09 minutes 40 seconds East a distance of 60.98 feet to a point; South 60 degrees 54 minutes 14 seconds East a distance of 96.21 feet to a point; South 50 degrees 43 minutes 18 seconds East a distance of 133.54 feet to a point; South 14 degrees 06 minutes 05 seconds East a distance of 173.86 feet to a point; South 24 degrees 39 minutes 08 seconds East a distance of 31.95 feet to a point; South 39 degrees 51 minutes 26 seconds East a distance of 70.70 feet to a point; South 67 degrees 18 minutes 48 seconds East a distance of 39.34 feet to an iron pin set; thence leaving said parallel line of said Vickers Road and run South 03 degrees 07 minutes 27 seconds West a distance of 122.09 feet to an iron pin set along the land lot line common to Land Lots 6 and 15, said district and county, said iron pin set marking the POINT OF BEGINNING; being designated as Tract 1 and Georgia Power Company Parcel B-78 containing 34.335 acres, more or less, as more particularly shown on that Georgia Power Company Land Department Survey of North Georgia Project-Burton Project Parcels B-74, B-75, B-76 and B-78 (2 pages), as certified by Edwin G. Davidson, Georgia Registered Land Surveyor No. 2586, dated December 4, 1997.

PARCEL 9:

ALL THAT TRACT OR PARCEL OF LAND lying and being in Land Lot 5, 1st Land District, Rabun County, Georgia, and being more particularly described as follows:

TO FIND THE POINT OF BEGINNING, commence at the corner common to Land Lots 5, 6, 15 and 16, said district and county; run thence along the land lot line common to Land Lots 5 and 6 South 00 degrees 53 minutes 59 seconds East a distance of 846.29 feet to an iron pin set, said iron pin set marking the POINT OF BEGINNING; FROM SAID POINT OF BEGINNING AS THUS ESTABLISHED, thence leaving said common land lot line and run South 07 degrees 58 minutes 48 seconds East a distance of 443.07 feet to an iron pin set; run thence North 88 degrees 09 minutes 13 seconds East a distance of 213.23 feet to an iron pin set; run thence in a line parallel to and following the contours of Vickers Road the following courses and distances: South 59 degrees 26 minutes 02 seconds East a distance of 43.40 feet to a point; South 12 degrees 18 minutes 34 seconds East a distance of 113.80 feet to a point; South 16 degrees 52 minutes 48 seconds East a distance of 48.72 feet to a point; South 08 degrees 04 minutes 15 seconds East a distance of 31.68 feet to a point; South 41 degrees 46 minutes 45 seconds West a distance of 89.60 feet to a point; South 45 degrees 19 minutes 32 seconds West a distance of 56.86 feet to a point; South 50 degrees 20 minutes 27 seconds West a distance of 84.07 feet to a point; South 40 degrees 46 minutes 32 seconds West a distance of 65.63 feet to a point; South 30 degrees 05 minutes 41 seconds West a distance of 36.58 feet to a point; South 20 degrees 35 minutes 56 seconds West a distance of 44.74 feet to a point; South 16 degrees 14 minutes 34 seconds West a distance of 43.11 feet to a point; South 24 degrees 45 minutes 20 seconds West a distance of 30.15 feet to a point; South 52 degrees 56 minutes 03 seconds West a distance of 49.25 feet to a point; South 40 degrees 43 minutes 30 seconds West a distance of 49.64 feet to an iron pin found on the land lot line common to Land Lots 5 and 6, said district and county; run thence along said common land lot line North 00 degrees 53 minutes 59 seconds West a distance of 1,063.04 feet to an iron pin set, said iron pin set marking the POINT OF BEGINNING; being designated as Tract 2 and Georgia Power Company Parcel B-76, containing 3.347 acres, more or less, as shown on that Georgia Power Company Land Department Survey of North Georgia Project-Burton Project Parcels B-74, B-75, B-76 and B-78 (2 pages), as certified by Edwin G. Davidson, Georgia Registered Land Surveyor No. 2586, dated December 29, 1997.

PARCEL 10:

ALL THAT TRACT OR PARCEL OF LAND lying and being in Land Lot 5, 1st District, Rabun County, Georgia, and being more particularly described as follows:

TO FIND THE POINT OF BEGINNING, commence at the corner common to Land Lots 5, 6, 15 and 16, said district and county; run thence along the land lot line common to Land Lots 5 and 6 the following courses and distances:  South 00 degrees 53 minutes 59 seconds

PAGE 8 OF 22

East a distance of 846.29 feet to an iron pin found; South 00 degrees 53 minutes 59 seconds East a distance of 1,063.04 feet to an iron pin set; South 00 degrees 53 minutes 59 seconds East a distance of 828.39 feet to an iron pin set, said iron pin set marking the POINT OF BEGINNING; FROM SAID POINT OF BEGINNING AS THUS ESTABLISHED, (thence leaving said common land lot line and run North 88 degrees 35 minutes 27 seconds East a distance of 37.61 feet to an iron pin set; run thence in a line parallel to and following the contours of Vickers Road the following courses and distances: South 09 degrees 02 minutes 46 seconds East a distance of 35.95 feet to a point; South 05 degrees 30 minutes 15 seconds East a distance of 38.57 feet to a point; South 00 degrees 24 minutes 49 seconds East a distance of 107.68 feet to a point; South 08 degrees 35 minutes 09 seconds East a distance of 80.46 feet to a point; South 05 degrees 55 minutes 42 seconds East a distance of 31.04 feet to a point; South 01 degree 50 minutes 37 seconds West a distance of 35.77 feet to a point; South 06 degrees 18 minutes 03 seconds West a distance of 86.46 feet to a point; South 11 degrees 57 minutes 42 seconds West a distance of 76.76 feet to a point; South 11 degrees 36 minutes 44 seconds West a distance of 132.62 feet to an iron pin set located along the land lot line common to Land Lots 5 and 6, said district and county; thence leaving said line parallel to Vickers Road and run along the common land lot line North 00 degrees 53 minutes 59 seconds West a distance of 617.84 feet to an iron pin set, said iron pin set marking the POINT OF BEGINNING; containing 0.571 acres, more or less, and being designated as Tract 3 and Georgia Power Company Parcel B-76, as shown on that Georgia Power Company Land Department Survey of North Georgia Project-Burton Project Parcels B-74, B-75, B-76 and B-78 (2 pages), as certified by Edwin G. Davidson, Georgia Registered Land Surveyor No. 2586, dated December 29, 1997.

**PAGE 9 OF 22**

LESS AND EXCEPT from the above described property that portion of the property conveyed by that certain Warranty Deed recorded in Deed Book T-18, Page 493, aforesaid Records.  (Lot 10, Unit 1)

FURTHER LESS AND EXCEPT from the above described property that portion of the property conveyed by that certain Warranty Deed recorded in Deed Book V-18, Page 377, aforesaid Records. (Lot 6, Block B, Unit 1)

FURTHER LESS AND EXCEPT from the above described property that portion of the property conveyed by that certain Warranty Deed With Right of Survivorship recorded in Deed Book U-18, Page 421, aforesaid Records. (Lot 7, Unit B)

FURTHER LESS AND EXCEPT from the above described property that portion of the property conveyed by that certain Warranty Deed recorded in Deed Book W-18, Page 602, aforesaid Records. (Lot 12, Block B, Unit 1)

FURTHER LESS AND EXCEPT from the above described property that portion of the property conveyed by that certain Warranty Deed recorded in Deed Book X-18, Page 439, aforesaid Records. (Lot 1, Block B, Unit 1)

FURTHER LESS AND EXCEPT from the above described property that portion of the property conveyed by that certain Warranty Deed recorded in Deed Book Y-18, Page 33, aforesaid Records. (Lot 9, Block B, Unit 1)

FURTHER LESS AND EXCEPT from the above described property that portion of the property conveyed by that certain Warranty Deed recorded in Deed Book Y-18, Page 39, aforesaid Records. (Lot 8, Block D, Unit 1)

FURTHER LESS AND EXCEPT from the above described property that portion of the property conveyed by that certain Warranty Deed recorded in Deed Book Y-18, Page 559, aforesaid Records. (Lot 22, Block C, Unit 1)

FURTHER LESS AND EXCEPT from the above described property that portion of the property conveyed by that certain Warranty Deed recorded in Deed Book Y-18, Page 565, aforesaid Records. (Lot 7, Block D, Unit 1)

FURTHER LESS AND EXCEPT from the above described property that portion of the property conveyed by that certain Warranty Deed recorded in Deed Book Z-18, Page 34, aforesaid Records. (Lot 5, Block B, Unit 1)

FURTHER LESS AND EXCEPT from the above described property that portion of the property conveyed by that certain Warranty Deed recorded in Deed Book Z-18, Page 40, aforesaid Records. (Lot 4, Block B, Unit 1)

FURTHER LESS AND EXCEPT from the above described property that portion of the property conveyed by that certain Warranty Deed recorded in Deed Book B-19, Page 178, aforesaid Records. (Lot 18, Block C, Unit 1)

**PAGE 10 OF 22**

FURTHER LESS AND EXCEPT from the above described property that portion of the property conveyed by that certain Warranty Deed recorded in Deed Book E-19, Page 149, aforesaid Records. (Lot 16, Block C, Unit 1)

FURTHER LESS AND EXCEPT from the above described property that portion of the property conveyed by that certain Warranty Deed recorded in Deed Book E-19, Page 361, aforesaid Records. (Lot 11, Block B, Unit 1)

FURTHER LESS AND EXCEPT from the above described property that portion of the property conveyed by that certain Warranty Deed recorded in Deed Book E-19, Page 595, aforesaid Records; as corrected by that certain Corrective Warranty Deed recorded in Deed Book T-23, Page 137, aforesaid Records. (Lot 10, Block C, Unit 1)

FURTHER LESS AND EXCEPT from the above described property that portion of the property conveyed by that certain Warranty Deed recorded in Deed Book E-19, Page 603, aforesaid Records. (Lot 8, Block B, Unit 1)

FURTHER LESS AND EXCEPT from the above described property that portion of the property conveyed by that certain Warranty Deed recorded in Deed Book J-19, Page 598, aforesaid Records. (Lot 6, Block D, Unit 1)

FURTHER LESS AND EXCEPT from the above described property that portion of the property conveyed by that certain Warranty Deed recorded in Deed Book Y-19, Page 185, aforesaid Records. (Lots 4 and 5, Block C)

FURTHER LESS AND EXCEPT from the above described property that portion of the property conveyed by that certain Warranty Deed recorded in Deed Book B-20, Page 50, aforesaid Records. (Lots 9, 10, 11, 12, 13 and 21, Unit 2)

FURTHER LESS AND EXCEPT from the above described property that portion of the property conveyed by that certain Warranty Deed recorded in Deed Book E-20, Page 594, aforesaid Records. (Lot 22, Unit 2)

FURTHER LESS AND EXCEPT from the above described property that portion of the property conveyed by that certain Warranty Deed recorded in Deed Book I-20, Page 645, aforesaid Records. (Lot 13, Block C, Unit 1)

FURTHER LESS AND EXCEPT from the above described property that portion of the property conveyed by that certain Warranty Deed recorded in Deed Book L-20, Page 369, aforesaid Records. (Lot 6, Block G, Unit 1)

FURTHER LESS AND EXCEPT from the above described property that portion of the property conveyed by that certain Warranty Deed recorded in Deed Book R-20, Page 57, aforesaid Records. (Lot 3, Block E, Unit 1)

FURTHER LESS AND EXCEPT from the above described property that portion of the property conveyed by that certain Warranty Deed recorded in Deed Book S-20, Page 400, aforesaid Records; as corrected by that certain Corrective Warranty Deed recorded in Deed Book D-26, Page 155, aforesaid Records; as re-recorded in Deed Book K-26, page 685, aforesaid Records. (Lot 2, Block D, Unit 1)

**PAGE 11 OF 22**

FURTHER LESS AND EXCEPT from the above described property that portion of the property conveyed by that certain Warranty Deed recorded in Deed Book S-20, Page 402, aforesaid Records. **(Lot 2, Block B)**

FURTHER LESS AND EXCEPT from the above described property that portion of the property conveyed by that certain Warranty Deed with Right of Survivorship recorded in Deed Book H-21, Page 387, aforesaid Records. **(Lot 3, Block C)**

FURTHER LESS AND EXCEPT from the above described property that portion of the property conveyed by that certain Warranty Deed with Right of Survivorship recorded in Deed Book L-21, Page 7, aforesaid Records. **(Lot 5, Block D)**

FURTHER LESS AND EXCEPT from the above described property that portion of the property conveyed by that certain Warranty Deed recorded in Deed Book M-21, Page 244, aforesaid Records. **(Lot 3, Block B)**

FURTHER LESS AND EXCEPT from the above described property that portion of the property conveyed by that certain Warranty Deed with Right of Survivorship recorded in Deed Book M-21, Page 381, aforesaid Records. **(Lot 6, Block C)**

FURTHER LESS AND EXCEPT from the above described property that portion of the property conveyed by that certain Warranty Deed with Right of Survivorship recorded in Deed Book W-21, Page 427, aforesaid Records. **(Lots 19 through and including 21, Block C)**

FURTHER LESS AND EXCEPT from the above described property that portion of the property conveyed by that certain Warranty Deed recorded in Deed Book W-21, Page 545, aforesaid Records. **(Lot 11, Block C)**

FURTHER LESS AND EXCEPT from the above described property that portion of the property conveyed by that certain Limited Warranty Deed recorded in Deed Book H-22, Page 403, aforesaid Records. **(Lots 23 and 24)**

FURTHER LESS AND EXCEPT from the above described property that portion of the property conveyed by that certain Warranty Deed with Right of Survivorship recorded in Deed Book M-22, Page 120, aforesaid Records. **(Lot 15, Block C)**

FURTHER LESS AND EXCEPT from the above described property that portion of the property conveyed by that certain Warranty Deed recorded in Deed Book V-22, Page 410, aforesaid Records. **(Lot 8, Block C)**

FURTHER LESS AND EXCEPT from the above described property that portion of the property conveyed by that certain Warranty Deed recorded in Deed Book V-22, Page 412, aforesaid Records. **(Lot 9, Block C)**

FURTHER LESS AND EXCEPT from the above described property that portion of the property conveyed by that certain Warranty Deed with Right of Survivorship recorded in Deed Book X-22, Page 428, aforesaid Records. **(Lot 7, Block C)**

FURTHER LESS AND EXCEPT from the above described property that portion of the property conveyed by that certain Warranty Deed recorded in Deed Book X-22, Page 430, aforesaid Records; as re-recorded in Deed Book A-23, Page 337, aforesaid Records. **(Lot 12, Block C)**

**PAGE 12 OF 22**

FURTHER LESS AND EXCEPT from the above described property that portion of the property conveyed by that certain Warranty Deed with Right of Survivorship recorded in Deed Book M-23, Page 634, aforesaid Records. **(Lot 14, Block C)**

FURTHER LESS AND EXCEPT from the above described property that portion of the property conveyed by that certain Warranty Deed recorded in Deed Book M-23, Page 645, aforesaid Records. **(Lot 1, Block F)**

FURTHER LESS AND EXCEPT from the above described property that portion of the property conveyed by that certain Warranty Deed recorded in Deed Book P-23, Page 189, aforesaid Records. **(Lot 4, Block A)**

FURTHER LESS AND EXCEPT from the above described property that portion of the property conveyed by that certain Warranty Deed recorded in Deed Book P-23, Page 556, aforesaid Records. **(Lot 2, Block C)**

FURTHER LESS AND EXCEPT from the above described property that portion of the property conveyed by that certain Warranty Deed recorded in Deed Book P-23, Page 565, aforesaid Records. **(Lot 1, Block D)**

FURTHER LESS AND EXCEPT from the above described property that portion of the property conveyed by that certain Limited Warranty Deed recorded in Deed Book X-24, Page 69, aforesaid Records. **(Small strip)**

FURTHER LESS AND EXCEPT from the above described property that portion of the property conveyed by that certain Warranty Deed with Right of Survivorship recorded in Deed Book X-24, Page 478, aforesaid Records. **(Lot 4, Block D)**

FURTHER LESS AND EXCEPT from the above described property that portion of the property conveyed by that certain Warranty Deed with Right of Survivorship recorded in Deed Book Y-24, Page 53, aforesaid Records. **(Lot 1, Block E)**

FURTHER LESS AND EXCEPT from the above described property that portion of the property conveyed by that certain Warranty Deed with Right of Survivorship recorded in Deed Book Y-24, Page 55, aforesaid Records. **(Lot 3, Block A)**

FURTHER LESS AND EXCEPT from the above described property that portion of the property conveyed by that certain Warranty Deed recorded in Deed Book W-24, Page 499, aforesaid Records. **(Lot 2, Block E)**

FURTHER LESS AND EXCEPT from the above described property that portion of the property conveyed by that certain Warranty Deed recorded in Deed Book A-25, Page 260, aforesaid Records. **(Lot 3, Block D)**

FURTHER LESS AND EXCEPT from the above described property that portion of the property conveyed by that certain Warranty Deed with Right of Survivorship recorded in Deed Book Y-25, Page 150, aforesaid Records. **(Lot 10, Block G)**

**PAGE 13 OF 22**

FURTHER LESS AND EXCEPT from the above described property that portion of the property conveyed by that certain Warranty Deed recorded in Deed Book I-26, Page 566, aforesaid Records. (Lot 2, Block F)

FURTHER LESS AND EXCEPT from the above described property that portion of the property conveyed by that certain Warranty Deed recorded in Deed Book K-26, Page 197, aforesaid Records. (Lot 3, 3G, 4, 5, 6, 6G and 7)

FURTHER LESS AND EXCEPT from the above described property that portion of the property conveyed by that certain Warranty Deed recorded in Deed Book P-26, Page 32, aforesaid Records. (Lot 3, Block G)

FURTHER LESS AND EXCEPT from the above described property that portion of the property conveyed by that certain Warranty Deed recorded in Deed Book Q-26, Page 73, aforesaid Records. (Lot 3, Block F)

FURTHER LESS AND EXCEPT from the above described property that portion of the property conveyed by that certain Warranty Deed recorded in Deed Book V-26, Page 26, aforesaid Records. (Lot 8)

FURTHER LESS AND EXCEPT from the above described property that portion of the property conveyed by that certain Warranty Deed recorded in Deed Book J-27, Page 692, aforesaid Records. (Lot 13, Block A)

FURTHER LESS AND EXCEPT from the above described property that portion of the property conveyed by that certain Warranty Deed recorded in Deed Book K-27, Page 218, aforesaid Records. (Lot 8, Block G)

FURTHER LESS AND EXCEPT from the above described property that portion of the property conveyed by that certain Warranty Deed recorded in Deed Book K-27, Page 231, aforesaid Records. (Lot 7, Block G)

FURTHER LESS AND EXCEPT from the above described property that portion of the property conveyed by that certain Warranty Deed recorded in Deed Book L-27, Page 583, aforesaid Records. (Lot 18, Block A)

FURTHER LESS AND EXCEPT from the above described property that portion of the property conveyed by that certain Warranty Deed recorded in Deed Book O-27, Page 236, aforesaid Records. (Lot 6, Block G)

FURTHER LESS AND EXCEPT from the above described property that portion of the property conveyed by that certain Warranty Deed recorded in Deed Book C-28, Page 327, aforesaid Records. (Lot 5, Block G)

FURTHER LESS AND EXCEPT from the above described property that portion of the property conveyed by that certain Warranty Deed with Right of Survivorship recorded in Deed Book T-28, Page 95, aforesaid Records. (Lot 15, Block A)

FURTHER LESS AND EXCEPT from the above described property that portion of the property conveyed by that certain Warranty Deed recorded in Deed Book T-28, Page 151, aforesaid Records. (Lot 2, Block A)

FURTHER LESS AND EXCEPT from the above described property that portion of the property conveyed by that certain Warranty Deed recorded in Deed Book U-28, Page 371, aforesaid Records. **(Lot 1, Block V)**

FURTHER LESS AND EXCEPT from the above described property that portion of the property conveyed by that certain Warranty Deed recorded in Deed Book F-29, Page 425, aforesaid Records. **(Lot 9, Block G)**

FURTHER LESS AND EXCEPT from the above described property that portion of the property conveyed by that certain Warranty Deed recorded in Deed Book M-29, Page 172, aforesaid Records. **(Lot 11, Block G)**

FURTHER LESS AND EXCEPT from the above described property that portion of the property conveyed by that certain Warranty Deed recorded in Deed Book N-30, Page 585, aforesaid Records. **(Lot 14, Block V)**

FURTHER LESS AND EXCEPT from the above described property that portion of the property conveyed by that certain Warranty Deed recorded in Deed Book W-30, Page 191, aforesaid Records. **(Lot 2, Block V)**

FURTHER LESS AND EXCEPT from the above described property that portion of the property conveyed by that certain Warranty Deed recorded in Deed Book Z-30, Page 110, aforesaid Records. **(Lot 17, Block A)**

FURTHER LESS AND EXCEPT from the above described property that portion of the property conveyed by that certain Warranty Deed recorded in Deed Book A-31, Page 171, aforesaid Records. **(Lot 12, Block A)**

FURTHER LESS AND EXCEPT from the above described property that portion of the property conveyed by that certain Warranty Deed recorded in Deed Book A-31, Page 333, aforesaid Records. **(Lot 10, Block A)**

FURTHER LESS AND EXCEPT from the above described property that portion of the property conveyed by that certain Warranty Deed recorded in Deed Book A-31, Page 466, aforesaid Records; as corrected by that certain Corrective Warranty Deed recorded in Deed Book P-31, Page 672, aforesaid Records. **(Lot 16, Block A)**

FURTHER LESS AND EXCEPT from the above described property that portion of the property conveyed by that certain Warranty Deed recorded in Deed Book B-31, Page 291, aforesaid Records. **(Lot 15, Block V)**

FURTHER LESS AND EXCEPT from the above described property that portion of the property conveyed by that certain Warranty Deed recorded in Deed Book B-31, Page 293, aforesaid Records. **(Lot 16, Block V)**

FURTHER LESS AND EXCEPT from the above described property that portion of the property conveyed by that certain Warranty Deed recorded in Deed Book C-31, Page 44, aforesaid Records. **(Lot 18, Block V)**

FURTHER LESS AND EXCEPT from the above described property that portion of the property conveyed by that certain Warranty Deed recorded in Deed Book E-31, Page 293, aforesaid Records. **(Lot 17, Block V)**

FURTHER LESS AND EXCEPT from the above described property that portion of the property conveyed by that certain Warranty Deed recorded in Deed Book G-31, Page 543, aforesaid Records. **(Lot 11, Block A)**

FURTHER LESS AND EXCEPT from the above described property that portion of the property conveyed by that certain Warranty Deed recorded in Deed Book G-31, Page 545, aforesaid Records. **(Lot 6, Block A)**

FURTHER LESS AND EXCEPT from the above described property that portion of the property conveyed by that certain Warranty Deed recorded in Deed Book H-31, Page 148, aforesaid Records. **(Lot 14, Block A)**

FURTHER LESS AND EXCEPT from the above described property that portion of the property conveyed by that certain Warranty Deed recorded in Deed Book I-31, Page 201, aforesaid Records. **(Lot 19, Block A)**

FURTHER LESS AND EXCEPT from the above described property that portion of the property conveyed by that certain Warranty Deed recorded in Deed Book L-31, Page 93, aforesaid Records.  **(Lot 1, Block G)**

FURTHER LESS AND EXCEPT from the above described property that portion of the property conveyed by that certain Warranty Deed recorded in Deed Book L-31, Page 695, aforesaid Records. **(Lot 5, Block E)**

FURTHER LESS AND EXCEPT from the above described property that portion of the property conveyed by that certain Warranty Deed recorded in Deed Book O-31, Page 338, aforesaid Records. **(Lot 4, Block E)**

FURTHER LESS AND EXCEPT from the above described property that portion of the property conveyed by that certain Warranty Deed recorded in Deed Book N-32, Page 154, aforesaid Records. **(Lot 3, Block G)**

FURTHER LESS AND EXCEPT FROM THE ABOVE DESCRIBED PROPERTY THE FOLLOWING
PARCEL OF LAND:

TRACT 1:
ALL THAT TRACT OR PARCEL OF LAND containing 12.43 acres (more or
less), lying and being in Land Lot 6 of the 1st Land District, Rabun County,
Georgia as shown upon that certain plat of survey dated December 4, 2002,
prepared by Wayne A. Powers, Georgia Registered Land Surveyor No. 2891, and
recorded in Plat Book 49, Page 155, Clerk's office, Rabun Superior Court, and
being described as follows:

To find the Point of Beginning, commence at the northernmost corner of Lot 3G
of Unit 2, Phase 1 of Waterfall at Lake Burton as shown on that certain Final Plat
recorded at Plat Book 45, pages 176-177, Rabun County Georgia Records and run
thence North 22°34'47" East a distance of 86.99 feet; thence North 60°41'57" East
a distance of 20.00 feet to a point located on the western right of way line of
Waterfall Drive (60' right of way) and the Point of Beginning.

From the Point of Beginning thus established, run thence 27.65' along the arc of a
curve to the right in the western right of way line of Waterfall Drive, said arc
having a radius of 65.00', and being subtended by a chord bearing North 17°06'46"
West, a chord distance of 27.45';
thence North 06°18'42" West, a distance of 173.98';
thence North 09°06'32" West, a distance of 58.45';
thence 58.40' along the arc of a curve to the right, said arc having a radius of
120.00',
and being subtended by a chord bearing North 04°49'59" West, a chord distance
of 57.82';
thence North 18°46'30" East, a distance if 111.76';
thence 54.30' along the arc of a curve to the left, said arc having a radius of
80.00', and being subtended by a chord bearing North 00°40'07" West, a chord
distance of 53.26';
thence departing the right-of-way of Waterfall Drive and running thence 62.66'
along the arc of a curve to the left, said arc having a radius of 135.00', and being
subtended by a chord bearing South 43°18'24" West, a distance of 62.10';
thence 93.16' along the arc of a curve to the right, said arc having a radius of
265.00, and being subtended by a chord bearing South 40°04'54" West, a chord
distance of 92.68';
thence South 50°09'10" West, a distance of 56.83';
thence South 48°46'00" West, a distance of 212.06';
thence North 74°16'27" West, distance of 270.72';
thence South 14°55'43" West, a distance of 118.40';
thence South 75°13'37" East, a distance of 136.13';
thence South 19°43'09" West, a distance of 80.64';
thence South 43°21'25" West, a distance of 112.89';
thence South 16°15'36" East, a distance of 119.04';
thence South 85°57'16" West, a distance of 212.88';
thence North 20°10'06" East, a distance of 132.23';
thence 62.48' along the arc or a curve to the right, said arc having a radius of
63.00', and being subtended by a chord bearing North 28°31'07"West, a chord
distance of 59.95'; thence North 03°49'54" East, a distance of 127.12';
thence North 83°33'52" West, a distance of 300.68';
thence South 86°53'06" West, a distance of 140.23';
thence South 02°12'24" East, a distance of 90.57';
thence South 02°12'24" East, a distance of 38.06';
thence South 00°56'07" East, a distance of 99.61';
thence South 10°23'28" East, a distance of 223.80';
thence North 86°53'06" East, a distance of 159.24' to the eastern right-of-way line
of Village Path Drive (r/w varies – not less than 30') and continuing along such
eastern and northern right-of-way line the following courses and distances: north
75 57'37" east, a distance of 27.42';
thence south 09 40'12" east, a distance of 70.99';

**PAGE 17 OF 22**

thence 67.21' along the arc of a curve to the left, said arc having a radius of 75.00', and

being subtended by a chord bearing south 34 46'14" east, a chord distance of 64.98';

thence south 60 26'32" east, a distance of 51.37';

thence 47.36' along the arc of a curve to the left, said arc having a radius of 72.00', and

being subtended by a chord bearing south 79 17'12" east, a chord distance of 46.51';

thence north 82 25'27" east, a distance of 99.78';

thence north 81 06'01" east, a distance of 80.25';

thence 4.22' along the arc of a curve to the right, said arc having a radius of 500.00', and

being subtended by a chord bearing north 79 42'45" east, a chord distance of 24.21';

thence 30.79' along the arc of a curve to the left, said arc having a radius of 2267.99', and

being subtended by a chord bearing north 77 56'34" east, a chord distance of 30.79';

thence 61.26' along the arc of a curve to the left, said arc having a radius of 567.39', and

being subtended by a chord bearing north 76 42'05" east, a chord distance of 61.23';

thence 46.59' along the arc of a curve to the right, said arc having a radius of 182.84', and being subtended by a chord bearing north 82 38'23" east, a chord distance of 46.46';

thence north 89 56'19" east, a distance of 104.23';

thence 35.47' along the arc of a curve to the left, said arc having a radius of 173.20', and

being subtended by a chord bearing north 84 04'17" east, a chord distance of 35.41';

thence departing the right-of-way of Village Path and running thence north 25 45'45" west, a distance of 37.00';

thence north 72 36'21" east, a distance of 60.00';

thence north 44 52'24" east, a distance of 89.62';

thence north 38 29'07" east, a distance of 60.94';

thence north 44 52'02" east, a distance of 107.01';

thence north 30 00'38" east, a distance of 60.10';

thence north 22 34'47" east, a distance of 86.99';

thence north 60 41'57" east, a distance of 20.00' to a point on the western right-of-way line of Waterfall Drive and the Point of Beginning.

That aforementioned tract or parcel is subject to the Declaration of Covenants, Conditions and Restrictions for Waterfall at Lake Burton dated April 16, 1999 and recorded in Book S-18, Pages 309-342, Clerk's Office Rabun Superior Court as amended by First Amendment thereto dated June 15, 1999, recorded at Deed Book X18, Page 442, of said records, and any and all amendments or modifications thereto of record.

The property herein conveyed is subject to a 10 foot easement around all property lines for future utilities and drainage.

The property herein conveyed is subject to that 10' landscape and pedestrian easement as shown upon the above-referenced plat of survey.

Further, the property herein conveyed is subject to that certain Trust Indenture from Lake Burton Development, LLC to Waterfall Property Owners Association, Inc. dated April 10, 2001, recorded in Deed Book S-20, Page 565, Clerk's Office, Rabun Superior Court, and pertaining to the sewer system of Waterfall of Lake Burton.

**PAGE 18 OF 22**

Further, the property herein conveyed is subject to that certain Trust Indenture from Lake Burton Development, LLC to Waterfall Property Owners Association, Inc. dated April 10, 200, recorded in Deed Book R-20, Page 462, Clerk's office, Rabun Superior Court, and pertaining to the utility system of Waterfall of Lake Burton.

The property herein conveyed is subject to, if any, the rights of others to use that road which crosses portions of the northern boundary of the above-described 12.43 acre tract as same is shown upon the above-referenced plat of survey.

Conveyed herewith are any and all benefits and rights pertaining to the sewer and utility system of Waterfall at Lake Burton as same pertain to the property herein conveyed.

Conveyed herewith is a non-exclusive, perpetual easement for ingress and egress over and across those subdivision roads of Waterfall at Lake Burton from the US Highway 76 – Georgia Highway No. 2 to the above-described property herein conveyed.

# FURTHER LESS AND EXCEPT FROM THE ABOVE DESCRIBED PROPERTY THE FOLLOWING PARCEL OF LAND:

**TRACT 2:**
ALL THAT TRACT OR PARCEL OF LAND containing 5.76 acres (more or less), lying and being in Land Lots 6 of the 1st District and Land Lot 91 of the 5th District, Rabun County Georgia as shown upon that particular plat of survey dated November 25, 2002, prepared by Wayne A. Powers, Georgia Registered Land Surveyor #2891, and recorded in Plat Book 49, Page 154, Clerk's office, Rabun Superior Court, and being described as follows:

Beginning at the intersection of the northern right-of-way line of U.S. Route 76 (variable r/w) and the eastern boundary of Land Lot 91 of the 5th District, Rabun County, Georgia and running thence 75.12' along the arc of a curve to the left in the northern right0of-way line of U.S. Rout 76, said arc having a radius of 552.46', and being subtended by a chord bearing South 89°13'00" West a chord distance of 75.06' to a point; thence North 04°40'43" West, along the northern right-of-way line of U.S. Route 76, a distance of 25.00' to a point;
thence 1112.57' along the arc of a curve tot eh left in the northern right-of-way line of U.S. Route 76, said arc having a radius of 577.46' and bing subtended by a chord bearing South 79°46'13" West, a chord distance of 112.39" to a point;
thence departing the northern right-of-way line of U.S. Route 76 and running North 02°44'34" West, a distance of 85.37' to a point;
thence North 00°0215" West, a distance of 129.52 to a point;
thence 14.40 along the arc of a curve to the right, said arc having a radius of 100.00' and being subtended by a chord bearing South 72°34'38" West, a chord distance of 14.39' to a point;
thence South 76°42'09" West, a distance of 82.11 to a point;
thence 54.40' along the arc of a curve tot he right, said arc having a radius of 60.24' and bing subtended by a chord bearing North 77°25'40" West, a chord distance of 52.57' to a point located on the southern right-of-way line of Magnolia Place (40' r/w) and running thence along the right-of-way line of Magnolia Place and following courses and distance: 35.31 ° along the arc of a curve to the left, said arc having a radius of 1520.00' and being subtended by a chord bearing North 59°49'54" East a chord distance of 35.31' to a point; thence 51.51' along the arc of a curve to the left, said arc having a radius of 1520.00' and being subtended by a chord bearing North 58°11'43" East, a chord distance of 51.51' to a point;
thence 33.06' along the arc of a curve to the left, said arc having a radius of 420.00' and bing subtended by a chord bearing North 54°58'10" East, a chord distance of 33.05' to a point;
thence 24.73' along the arc of a curve to the right, said arc having a radius of 30.00' and being subtended by a chord bearing North 76°19'30" East, a chord distance of 24.03'; thence 246.40 along the arc of a curve to the left, said arc having a radius of 50' and being subtended by a chord bearing North 41°14'28"

**PAGE 19 OF 22**

West, a chord distance of 62.69' to a point;

thence 29.46' along the arc of a curve to the right, said arc having a radius of 30.00' and being subtended by a chord bearing South 25°42'53" West, a chord distance of 28.29' to a point;

thence 22.40 along the arc of a curve to the right, said arc having a radius of 380.00' and being subtended by a chord bearing South 55°32'09" West, a chord distance of 22.40' to a point;

thence 206.81' along the arc of a curve tot he right, said arc having a radius of 1480.00' and bing subtended by a chord bearing South 61°13'40" West, a chord distance of 206.64' to a point;

thence 48.32' along the arc of a curve to the right, said arc having a radius of 1480.00' and being subtended by a chord bearing South 66°09'59" West, a chord distance of 48.32' to a point;

thence 148.29' along the arc of a curve to the right, said arc having a radius of 1480.00' and being subtended by a chord bearing South 69°58'19" West, a chord distance of 148.22' to a point;

thence departing the northern right-of-way line of Magnolia Place and running thence North 17°31'24" East, a distance of 20.88';
thence North 28°44'37"East, a distance of 23.39';
thence North 53°04'41" East, a distance of 43.61';
thence North 20°31'48" East, a distance of 72.11';
thence North 14°59'09" West, a distance of 38.01';
thence North 07°57'58" East, a distance of 31.00';
thence North 33°29'41" East, a distance of 40.29';
thence North 13°22'08" East, a distance of 56.02';
thence North 36°33'05" East, a distance of 136.83';
thence North 51°02'58" East, a distance of 100.34';
thence North 32°51'35" East, a distance of 89.30';
thence North 42°34'18" East, a distance of 95.78';
thence South 63°26'31" East, a distance of 24.00';
thence North 73°14'07" East, a distance of 18.88';
thence South 05°01'37" West, a distance of 99.16';
thence South 12°22'00" West, a distance of 50.23';
thence South 05°18'07" East, a distance of 169.04';
thence North 44°54'25" East, a distance of 151.70';
thence North 51°14'19" East, a distance of 143.84';
thence North 89°41'15" East, a distance of 131.10' to a point located on the common boundary line between Land Lots 5 and 6 of the 1st Land District , Rabun County, Georgia and rInning thence along such boundary line South 00°55'00" East, a distance of 654.15 to a point located on the northern right-of-way line of U. S. Route 76 (variable r/w) and the Point of Beginning.

# FURTHER LESS AND EXCEPT FROM THE ABOVE DESCRIBED PROPERTY THE FOLLOWING PARCEL OF LAND:

All interest in that certain tract or parcel of land lying and being in Land Lot 6 of the First Land District of Rabun County, Georgia, being Lot 17 of Unit 1, Block C of Waterfall at Lake Burton, containing 1.53 acre more or less, said lot being located on the road known as Waterfall Drive North, and more particularly described upon that certain plat of survey dated April 13, 1999, by Leonida J. Seara, III, Georgia Registered Land Surveyor No. 2628, said plat recorded in Plat Book 42, Page 222-226, Clerk's Office Rabun Superior Court, reference to said plat being for the express purpose of incorporating its description herein.

**PAGE 20 OF 22**

FURTHER LESS AND EXCEPT FROM THE ABOVE DESCRIBED PROPERTY THE FOLLOWING PARCEL OF LAND:

All that tract or parcel of land lying and being in Land Lot 6 of the First Land District of Rabun County, Georgia and being Phase 1 Waterfall Villas, containing 0.54 acre as same is more particularly described upon that certain plat of survey dated January 18, 2005, prepared by William F. Rolader, Georgia Registered Land Surveyor No. 2042, and recorded in Plat Book 54, Page 49, Clerk's office, Rabun Superior Court. Reference is hereby had and made to said plat of survey for the purpose of incorporating same herein for a full and complete description of the property herein conveyed.

Conveyed herewith is a non-exclusive, perpetual easement for ingress and egress over and across the subdivision roads of Waterfall at Lake Burton.

Further, conveyed herewith is a non-exclusive, perpetual easement for the use, maintenance and repair of the water and sewer system and lines serving the above-described property and that property adjacent to same.

FURTHER LESS AND EXCEPT FROM THE ABOVE DESCRIBED PROPERTY THE FOLLOWING PARCEL OF LAND:

ALL THAT TRACT OR PARCEL OF LAND lying and being in Land Lot 6 of the 1st Land District, Rabun County, Georgia and being Lot 4, containing 0.32 acres of Block G, Unit 1 of Waterfall at Lake Burton, as more particularly described upon that certain plat of survey dated December 17, 2003, last revised November 15, 2004 prepared by William F. Rolader, Georgia Registered Land Surveyor No. 2042 and recorded in Plat Book 53, Page 225, Clerk's office, Rabun Superior Court. Reference is hereby had and made to said plat of survey for the purpose of incorporating same herein for a full and complete description of the property herein conveyed.

**TRACT B:**

All that tract or parcel of land lying and being in Land Lot 6 of the First Land District of Rabun County, Georgia and being that Parking Tract, containing 0.62 acre as same is more particularly described upon that certain plat of survey dated January 18, 2005, prepared by William F. Reinder, Georgia Registered Land Surveyor No. 2042, and recorded in Plat Book 54, Page 50, Clerk's office, Rabun Superior Court. Reference is hereby had and made to said plat of survey for the purpose of incorporating same herein for a full and complete description of the property herein conveyed.

**TRACT C:**

All that tract or parcel of land lying and being in Land Lot 6 of the First Land District of Rabun County, Georgia and being that Club House Tract, containing 0.60 acre as same is more particularly described upon that certain plat of survey dated January 18, 2005, prepared by William F. Reinder, Georgia Registered Land Surveyor No. 2042, and recorded in Plat Book 54, Page 51, Clerk's office, Rabun Superior Court. Reference is hereby had and made to said plat of survey for the purpose of incorporating same herein for a full and complete description of the property herein conveyed.

**PAGE 22 OF 22**

# SCHEDULE 1.1(f)
## ASSUMED CONTRACTS

| | Party | Counter Party | Vendor | Purpose | Contract Type | Start Date | End Date | Monthly Payment |
|---|---|---|---|---|---|---|---|---|
| 1 | WFCC, LLC | National City Golf Finance (PNC Equipment Finance) | John Deere | Golf/ Landscape Maintenance Equipment | Lease | Jun-09 | Jun-13 | $1,665.42 |
| 2 | Lake Burton, LLC dba WFCC | VGM Financial Services | Jerry Pate Turf & Irrigation | Golf/ Landscape Maintenance Equipment | Lease | May-09 | May-12 | $781.23 |
| 3 | Lake Burton, LLC dba WFCC | VGM Financial Services | Club Car, Inc. | Golf Carts | Lease | May-09 | May-12 | $4,068.80 |
| 4 | Killearn, Inc. dba WFCC | Wells Fargo Financial Leasing, Inc. (# 019-0000043-036) | Georgia Turf & Tractor | Golf/ Landscape Maintenance Equipment | Lease | Jul-08 | Jul-11 | $402.59 |
| 5 | Killearn, Inc. dba WFCC | Wells Fargo Financial Leasing, Inc. (# 019-0000043-035) | Georgia Turf & Tractor | Golf/ Landscape Maintenance Equipment | Lease | Jul-08 | Jul-12 | $1,768.60 |
| 6 | Killearn, Inc. dba WFCC | Wells Fargo Financial Leasing, Inc. (# 019-0000043-038) | Georgia Turf & Tractor | Golf/ Landscape Maintenance Equipment | Lease | Sep-08 | Sep-11 | $290.61 |
| 7 | LBD, LLC | Ingersoll Rand (now Colonial Pacific Leasing) | Club Car, Inc. | Golf Carts | Lease | Apr-08 | Apr-12 | $1,056.13 |
| 8 | Killearn, Inc. dba WFCC | Wells Fargo Financial Leasing, Inc. | Georgia Turf & Tractor | Used John Deere HPX Gator | Lease | Mar-08 | Mar-11 | $106.60 |
| 9 | | John Deere Credit | John Deere | | Lease | | | |
| 10 | WFCC, LLC | FastSource Leasing | US Food Service Fairburn, GA | Kitchen equipment | Note Payable | Sep-07 | Aug-12 | $3,276.20 |
| 11 | LBD, LLC | Ford Credit | Ford | 2005 Chevrolet Silverado K150 | Note Payable | May-05 | May-10 | $599.67 |
| 12 | LBD, LLC | Ford Credit | Ford | 2006 Ford F150 | Note Payable | May-06 | May-11 | $769.72 |
| 13 | LBD, LLC | Ford Credit | Ford | 2005 Ford F150 | Note Payable | Oct-05 | Oct-10 | $397.45 |
| 14 | LBD, LLC | Ford Credit | Ford | 2008 Ford LGT CONVTNL 'F | Note Payable | Oct-08 | Oct-13 | $592.82 |
| 15 | WFCC, LLC | Tamco (#006-0022145-001) | | Phone Equipment | Note Payable | Aug-07 | Aug-10 | $1,142.00 |

## SCHEDULE 1.2
## EXCLUDED ASSETS

"Excluded Assets" include:

- All Contracts that are not Assumed Contracts, including all contracts of employment, whether written or oral, with any current or former employee, independent consultant or other service provider of or to Seller.

- All rights of Seller under this Agreement.

- Except as contemplated by this Agreement, all Insurance Policies, all claims made under the Insurance Policies prior to the Closing Date and all credits, proceeds, causes of action or rights under the Insurance Policies.

- Corporate record books and any other records have to do solely with the organization or capitalization of LBD, WWC or Waterfall Water.

- All personnel records and other records that Seller is required by law to retain in its possession.

- Assets, rights, privileges, claims, contracts and properties owned or held by Employee Plans.

- Any interest in and to any Tax refunds and credits to the extent relating to time periods prior to the Closing Date.

- Any equity interest in Seller.

- Any assets or reserves maintained pursuant to Employee Plans or other employee benefit plans (as defined under Section 3(3) of ERISA) or payroll practices regarding benefits or compensation earned through the Closing Date.

## SCHEDULE 1.8

## CAPS ON CLUB'S ACTUAL OPERATING EXPENSES

| CONSOLIDATED | Jan-10 | Feb-10 | Mar-10 | Apr-10 | TOTAL |
|---|---|---|---|---|---|
| EXPENSES: | | | | | |
| 10 GOLF PRO SHOP | (10,411.00) | (10,726.00) | (27,004.00) | (10,857.50) | (58,998.50) |
| 20 GOLF COURSE | (68,075.00) | (67,027.00) | (128,002.00) | (50,313.50) | (313,417.50) |
| 30 FITNESS/SPA | (1,150.00) | (1,483.00) | (2,983.00) | (1,625.00) | (7,241.00) |
| 60 FOOD AND BEVERAGE | (29,284.00) | (37,214.00) | (54,350.00) | (36,699.50) | (157,547.50) |
| 80 ADMINISTRATION | (72,278.88) | (70,188.88) | (73,728.88) | (35,464.44) | (251,661.07) |
| TOTAL EXPENSES | (181,198.88) | (186,638.88) | (286,067.88) | (134,959.94) | (788,865.57) |

## <u>SCHEDULE 2.1</u>

### IT SERVICES

- Provide Buyer with access to and use of Seller's Jonas system at Kingwood until Buyer can migrate to Buyer's Jonas server
- Provide Buyer a complete export of data from Seller's Jonas server at the time of migration
- Provide Buyer continued access to any fileservers at Kingwood until data can be moved to Buyer's servers
- Provide Buyer with data related to the Waterfall project that is stored on servers at Kingwood
- Transfer to Buyer all internet domain names tied to the Waterfall property
- Transfer to Buyer all website content, photography and code
- Provide to Buyer administrator level passwords and credentials for all   network equipment and PC's
- Provide to Buyer admin level credentials on the Nortel PBX phone system
- Transfer to Buyer ownership and control over FCC radio license
- Provide Buyer email mailbox exports for all employees (.pst file) from the email system at Killearn
- Maintain email for all current employees and to continue to receive email for the community until employees can be transitioned to Buyer's email server

## SCHEDULE 3.2
## SELLER'S CLOSING DELIVERIES

1.  The Assignment and Assumption Agreement.

2.  The Consulting Agreement.

3.  The Deed[s].

4.  The Use Agreement.

5.  Seller's Bringdown Certificate.

6.  Originals (if available) or copies (if originals are not available) of the Licenses and Permits in the possession of Seller which can be transferred, and the executed application, transfer, or notification forms necessary to effect the transfer to Buyer of all such Licenses and Permits.

7.  Nonforeign status affidavits from LBD, WCC and Waterfall Water in favor of Buyer in the form commonly used by the Title Company.

8.  Any required state, county, and municipal transfer documents and declarations.

9.  All keys, combination locks or other codes, passwords, and instructions for other security devices for the Real Property.

10. Originals of all Assumed Contracts and Warranties assigned to Buyer (or where originals are unavailable, copies duly certified by Seller as being true, correct, and complete copies of the originals).

11. Consents of all parties to Assumed Contracts for which any third party's consent to assignment of such Assumed Contract[s] is required.

12. Consents of all Governmental Authorities for which such consent is required in order to effectuate the transactions contemplated herein.

13. Affidavits in forms reasonably required by the Title Company in order to issue the Title Policy.

14. Duly executed instruments, in form suitable for recording, releasing and removing from title all Liens that are not Permitted Liens.

15. A closing statement, in the form customarily used in the county where the Real Property is located, which closing statement shall evidence the monetary terms of this transaction.

16. All other documents reasonably requested by Buyer and/or the Title Company to consummate this transaction and which are consistent with the terms of this Agreement.

17. A copy of all Orders of the Bankruptcy Court pertaining to the transactions contemplated by this Agreement, including the Bidding Procedures Order and the Sale Order, each certified by the clerk of the Bankruptcy Court.

## SCHEDULE 3.3
## BUYER'S CLOSING DELIVERIES

1. The Cash Purchase Price.

2. The Assignment and Assumption Agreement.

3. The Consulting Agreement.

4. The Use Agreement.

5. Buyer's Bringdown Certificate.

6. Affidavits in forms reasonably required by the Title Company in order to issue the Title Policy.

7. A closing statement, in the form customarily used in the county where the Real Property is located, which closing statement shall evidence the monetary terms of this transaction.

8. All other documents reasonably requested by Seller and/or the Title Company and which are consistent with the terms of this Agreement.

## SCHEDULE 3.4
## BUYER'S CONDITIONS PRECEDENT

1.  All representations and warranties of Seller set forth in this Agreement shall be true and correct in all material respects both when made and as of the Closing Date.

2.  Seller shall have performed and complied with all covenants and agreements required in this Agreement to be performed or complied with at or prior to the Closing Date.

3.  The Title Company shall be committed to issuing a Title Policy in favor of Buyer in the form described in Section 2.4.

4.  Buyer shall have received the transfer or direct issuance of all Licenses and Permits, or Seller shall have made arrangements satisfactory to Buyer in its sole discretion for the continued use of any existing Licenses and Permits not so transferred or issued, including, without limitation, the Liquor License.

5.  Seller shall have executed and delivered (or caused to be delivered) to Buyer all of the Seller Closing Deliveries.

6.  Buyer shall have received all necessary approvals from Governmental Authorities to conduct golf course and recreation complex operations, real estate development and water and sewer service operations in connection with the Purchased Assets, the Club, the Water Facility, and the Development.

7.  Buyer shall have obtained financing for the acquisition of the Purchased Assets from United Community Bank, as contemplated by that certain expression of interest dated January 11, 2010.

8.  Georgia Power shall have acknowledged and agreed to the Use Agreement pursuant to Section 2.7.

9.  Buyer shall have reached a resolution regarding community governance acceptable to Buyer in Buyer's sole discretion.

10. The Bankruptcy Court shall have entered the Bidding Procedures Order and the Sale Order, respectively.

11. The Sale Order shall be a "final" Order, shall be in full force and effect and shall not have been reversed, stayed, vacated, modified or amended without the prior written consent of Buyer.

12. Seller shall have successfully cured any defaults under the Assumed Contracts that are being assumed and assigned at Closing by payment of any Cure Amounts (or shall have created reserves therefor) as ordered by the Bankruptcy Court, and Seller shall have provided Buyer evidence thereof.

13. WCC shall have obtained the Liquor License for the Club from the State of Georgia and, if applicable, Rabun County.

14. Buyer shall have received a Phase II Environmental Report in form and substance satisfactory to Buyer in Buyer's sole discretion.

15.    Buyer shall have received an ALTA survey from a Georgia registered surveyor selected by Buyer dated as of thirty (30) days of the Closing Date in form and substance satisfactory to Buyer in Buyer's sole discretion.

16.    Seller shall have acquired title to that certain residential parcel on the Lot Land currently owned by Waterfall Construction, LLC, which parcel shall be transferred to Purchaser at Closing as part of the Purchased Assets.

17.    The actual Tangible Personal Property to be transferred to Buyer at Closing shall not differ in any material respect from the Tangible Personal Property listed on Schedule 4.14, as such schedule may be adjusted pursuant to Section 4.14, as determined by Buyer in Buyer's sole and absolute discretion.